AO 442 (Rev. 11/11) (modified) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

FILED
SEP 22 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>Kristy Lynn FELKINS<br><br>_Defendant_ | )<br>)<br>) Case No. 2:20-mj-0140-CKD<br>)<br>)<br>) UN-SEALED |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_  Kristy Lynn FELKINS,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1958 - Use of Interstate Commerce Facilities in the Commission of Murder-for-Hire

Date: 9/14/2020

_Issuing officer's signature_

City and state:  Sacramento, California

Carolyn K. Delaney, United States Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 9/14/20, and the person was arrested on _(date)_ 9/15/20
at _(city and state)_ FALLON, NV.

Date: 9/15/20

_Arresting officer's signature_

_____, United States Magistrate Judge
_Printed name and title_