| | |
|---|---|
| 1  McGREGOR W. SCOTT<br>    United States Attorney<br>2  GRANT B. RABENN<br>    PAUL A. HEMESATH<br>3  Assistant United States Attorney<br>    501 I Street, Suite 10-100<br>4  Sacramento, CA 95814<br>    Telephone: (916) 554-2700<br>5  Facsimile: (916) 554-2900 | **FILED**<br>Sep 24, 2020<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

6
7  Attorneys for Plaintiff
   United States of America

8
9                IN THE UNITED STATES DISTRICT COURT
10                  EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,            CASE NO.   2:20-cr-0175 TLN

12                 Plaintiff,             18 U.S.C. § 1958 – Murder-for-Hire; 18 U.S.C. §
                                          981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal
13          v.                            Forfeiture

14  KRISTY LYNN FELKINS,

15                 Defendant.

16

17                              I N D I C T M E N T

18      The Grand Jury charges: T H A T

19                              KRISTY LYNN FELKINS,

20  defendant herein, between in or around February 2016, and continuing through in or around May 2016,

21  in the County of Butte, State and Eastern District of California, and elsewhere, did use the mail and a

22  facility of interstate commerce, to wit: the Internet and Bitcoin, with the intent that a murder be

23  committed in violation of the laws of the States of California and North Carolina, as consideration for

24  the receipt of, and as consideration for a promise and agreement to pay, a thing of pecuniary value, to

25  wit: Bitcoin, in violation of Title 18, United States Code, Section 1958.

26  //
27  //
28  //

<u>FORFEITURE ALLEGATION</u>:    [18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) - Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant KRISTY LYNN FELKINS shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), all property, real and personal, which constitutes or is derived from proceeds traceable to such violation, including but not limited to:

    a. A sum of money equal to the amount of proceeds traceable to such offense, for which defendants are convicted.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporated by Title 21, United States Code, Section 853(p) and to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**

FOREPERSON

McGREGOR W. SCOTT
United States Attorney

INDICTMENT    2

*No.* _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA

*vs.*

KRISTY LYNN FELKINS

## I N D I C T M E N T

**VIOLATION(S):**
18 U.S.C. § 1958 – Murder-for-Hire;
18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* 24th _____ *day*

*of* September _____, *A.D. 20* 20

/s/Valerie Callen
_____
*Clerk.*

*Bail, $* _____   No process needed

*[signature]*

GPO 863 525

## United States v. Kristy Lynn Felkins
## Penalties for Indictment

### COUNT 1:

VIOLATION:	18 U.S.C. § 1958 – Murder-for-Hire

PENALTIES:	Up to 10 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)

### FORFEITURE ALLEGATION:

VIOLATION:	18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)  - Criminal Forfeiture

PENALTIES:	As stated in the charging document