# SPECIAL CONDITIONS OF RELEASE

Re: Felkins, Kristy Lynn
No.: 2:20-CR-175-TLN
Date: September 30, 2020

1. You must report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You must reside at a location approved by the Pretrial Services Officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;

3. You must cooperate in the collection of a DNA sample;

4. You must restrict your travel to the **Eastern District of California and the District of Nevada** unless otherwise approved in advance by the Pretrial Services Officer;

5. You must not apply for or obtain a passport or any other travel documents during the pendency of this case;

6. You must not possess, have in your residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you must provide written proof of divestment of all firearms/ammunition currently under your control;

7. You must refrain from **excessive** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana prescribed and/or recommended may not be used;

8. You must participate in a program of medical or **psychiatric treatment (mental health counseling)**, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the Pretrial Services Officer;

9. You must not associate or have any contact with **your ex-husband** unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;

10. You must report any contact with law enforcement to your Pretrial Services Officer **within 24 hours**; and

11. You must participate in a computer restriction and monitoring program as directed by the Pretrial Services Officer. You must allow the Pretrial Services Officer to install monitoring software on any computers to which you have access, as approved by the Court, and you must not remove, tamper with, or in any way circumvent the software.