HEATHER E. WILLIAMS, #122664
Federal Defender
HANNAH R. LABAREE, #294338
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorneys for Defendant
KRISTY LYNN FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:20-cr-00175-TLN |
|---|---|---|
| Plaintiff, | ) | **NOTICE OF APPEARANCE** |
| v. | ) | |
| KRISTY LYNN FELKINS, | ) | |
| Defendant. | ) | |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, I confirm my appearance as counsel of record in this case for KRISTY LYNN FELKINS, and designate counsel for service as follows:

>HANNAH R. LABAREE
>Assistant Federal Defender
>801 I Street, 3rd Floor
>Sacramento, CA 95814
>Telephone: (916) 498-5700

I hereby certify that I am an attorney admitted to practice in this court.

Dated:  October 20, 2020

>*/s/  Hannah R. Labaree*
>HANNAH R. LABAREE
>Assistant Federal Defender
>Attorney for Defendant

Appearance and Designation of Counsel