1  MCGREGOR W. SCOTT
United States Attorney
2  GRANT B. RABENN
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,             CASE NO.  2:20-CR-00175-TLN

12                     Plaintiff,          STIPULATION AND ORDER FOR EXTENSION
                                           OF TIME FOR STATUS CONFERENCE AND
13            v.                           EXCLUSION OF TIME

14  KRISTY LYNN FELKINS,                   DATE: November 12, 2020
                                           TIME: 9:30 a.m.
15                     Defendant.          COURT: Hon. Troy L. Nunley

16

17         Plaintiff United States of America, by and through its attorney of record, Assistant United States

18  Attorney GRANT B. RABENN, and defendant KRISTY LYNN FELKINS, both individually and by

19  and through her counsel of record, LINDA C. ALLISON and HANNAH R. LABAREE, hereby stipulate

20  as follows:

21         1.     The Indictment in this case was filed on September 25, 2020, and defendant first

22  appeared before a judicial officer of the Court in which the charges in this case were pending on

23  September 30, 2020.  By previous order, this matter was set for status on November 12, 2020 at 9:30

24  a.m.

25         2.     By this stipulation, defendant now moves to continue the status conference until February

26  25, 2021, at 9:30 a.m., and to exclude time between November 12, 2020, and February 25, 2021, under

27  Local Code T4.

28         3.     The parties agree and stipulate, and request that the Court find the following:

STIPULATION                              1

a)      The government has represented that the discovery associated with this case includes reports and related documents constituting hundreds of pages of discovery.  All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)      Counsel for defendant desires additional time to consult with her client, to review the current charges, conduct investigation and research related to the charges, to review and copy discovery, and discuss potential resolution with the client.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 12, 2020 to February 25, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 10, 2020                    McGREGOR W. SCOTT
                                             United States Attorney


                                             /s/ GRANT B. RABENN
                                             GRANT B. RABENN
                                             Assistant United States Attorney


Dated:  November 10, 2020                    /s/ LINDA C. ALLISON
                                             LINDA C. ALLISON
                                             Counsel for Defendant
                                             KRISTY LYNN FELKINS


                        **FINDINGS AND ORDER**


        IT IS SO FOUND AND ORDERED this 12th day of November, 2020.



                                             Troy L. Nunley
                                             United States District Judge