HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
KRISTY FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 2:20-cr-0175-TLN |
|---|---|
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER |
| | ) TO CONTINUE SENTENCING |
| KRISTY FELKINS, | ) |
| | ) Date: May 27, 2021 |
| Defendants. | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Troy L. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorneys Paul Hemesath and Grant Rabenn and Assistant Federal Defenders Linda C. Allison and Hannah Labaree, attorneys for Kristy Felkins, that the status conference hearing set for May 27, 2021 be continued to July 15, 2021 at 9:30 a.m.

The reason for this continuance is that Defense counsel needs additional time review the discovery with her client and to continue with an investigation.

The parties further stipulate and agree to exclude time from the date of this stipulation May 27, 2021 to July 15, 2021 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

/ / /

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: May 26, 2021 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 3 | | |
| 4 | | */s/ Linda C. Allison and Hannah Labaree*<br>LINDA C. ALLISON & HANNAH LABAREE |
| 5 | | Assistant Federal Defenders<br>Attorneys for Defendant |
| 6 | | KRISTY FELKINS |
| 7 | Dated: May 26, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 8 | | |
| 9 | | */s/ Linda C. Allison for* |
| 10 | | PAUL HEMESATH and GRANT RABENN<br>Assistant United States Attorneys |

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for May 27, 2021 at 9:30 a.m. be continued to July 15, 2021 at 9: 30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though July15, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: May 26, 2021

Troy L. Nunley
United States District Judge