1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LINDA C. ALLISON, # 179741
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Tel: 916-498-5700/Fax: 916-498-5710
    Linda_allison@fd.org
5
    Attorney for Defendant
6   KRISTY FELKINS

7                        IN THE UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9
    UNITED STATES OF AMERICA,           )   Case No:  2:20-cr-0175-TLN
10                                      )
                Plaintiff,              )
11                                      )   STIPULATION AND [PROPOSED] ORDER
    vs.                                 )   TO CONTINUE STATUS CONFERENCE
12                                      )
    KRISTY FELKINS,                     )   Date:  July 15, 2021
13                                      )   Time: 9:30 a.m.
                Defendants.             )   Judge: Hon. Troy L. Newman
14                                      )
                                        )
15

16          IT IS HEREBY STIPULATED between the parties through their respective counsel,

17   Assistant United States Attorneys Paul Hemesath and Grant Rabenn and Assistant Federal

18   Defenders Linda C. Allison and Hannah Labaree, attorneys for Kristy Felkins, that the status

19   conference hearing set for July 15, 2021 be continued to September 16, 2021 at 9:30 a.m.

20          The reason for this continuance is that Defense counsel needs additional time review the

21   discovery with her client, to continue with an investigation and discuss plea negotiations with the

22   government.

23          The parties further stipulate and agree to exclude time from the date of this stipulation

24   July 15, 2021 to September 16, 2021 under the Speedy Trial Act (18 U.S.C. § 3161

25   (h)(7)(B)(iv))(Local Code T4).

26   / / /

27   / / /

28   / / /

1    Dated: July 13, 2021                    Respectfully submitted,

2                                            HEATHER E. WILLIAMS
                                             Federal Defender
3
                                             */s/ Linda C. Allison and Hannah Labaree*
4                                            LINDA C. ALLISON & HANNAH LABAREE
                                             Assistant Federal Defenders
5                                            Attorneys for Defendant
                                             KRISTY FELKINS
6

7    Dated: July 13, 2021                    PHILLIP A. TALBERT
                                             Acting United States Attorney
8

9                                            */s/ Linda C. Allison for*
                                             PAUL HEMESATH and GRANT RABENN
10                                           Assistant United States Attorneys

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**ORDER**

2          IT IS HEREBY ORDERED that the status conference hearing set for July 15, 2021 at

3   9:30 a.m. be continued to September 16, 2021 at 9: 30 a.m.

4          For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.,

5   within which trial must commence, the time period from the date of this order though September

6   16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A),

7   (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both

8   parties' request on the basis of the Court's finding that the ends of justice served by taking such

9   action outweigh the best interest of the public and the defendant in a speedy trial.

10
Dated: July    , 2021

11                                              HON. TROY L. NUNLEY
                                                United States District Court Judge
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28