| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, # 179741 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax: 916-498-5710 |
| | Linda_allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | KRISTY FELKINS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No: 2:20-cr-0175-TLN |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| vs. | ) TO CONTINUE STATUS CONFERENCE |
| | ) |
| KRISTY FELKINS, | ) Date: July 15, 2021 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Judge: Hon. Troy L. Newman |
| | ) |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorneys Paul Hemesath and Grant Rabenn and Assistant Federal Defenders Linda C. Allison and Hannah Labaree, attorneys for Kristy Felkins, that the status conference hearing set for July 15, 2021 be continued to September 16, 2021 at 9:30 a.m.

The reason for this continuance is that Defense counsel needs additional time review the discovery with her client, to continue with an investigation and discuss plea negotiations with the government.

The parties further stipulate and agree to exclude time from the date of this stipulation July 15, 2021 to September 16, 2021 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| Dated: July 13, 2021 | | Respectfully submitted, |

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison and Hannah Labaree*
LINDA C. ALLISON & HANNAH LABAREE
Assistant Federal Defenders
Attorneys for Defendant
KRISTY FELKINS

Dated: July 13, 2021

PHILLIP A. TALBERT
Acting United States Attorney

*/s/ Linda C. Allison for*
PAUL HEMESATH and GRANT RABENN
Assistant United States Attorneys

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for July 15, 2021 at 9:30 a.m. be continued to September 16, 2021 at 9: 30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though September 16, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: July 13, 2021

Troy L. Nunley
United States District Judge