HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
KRISTY FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KRISTY FELKINS, <br><br> Defendants. | Case No:  2:20-cr-0175-TLN <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE <br><br> Date:  October 28, 2021 <br> Time: 9:30 a.m. <br> Judge: Hon. Troy L. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorneys Paul Hemesath and Grant Rabenn and Assistant Federal Defenders Linda C. Allison and Hannah Labaree, attorneys for Kristy Felkins, that the status conference hearing set for October 28, 2021 be continued to November 18, 2021 at 9:30 a.m.

The reason for this continuance is that Defense counsel is currently out of the country and will return in November.  Counsel will need additional time review the discovery with her client, to continue with an investigation and discuss plea negotiations with the government.

The parties further stipulate and agree to exclude time from the date of this stipulation October 28, 2021 to November 18, 2021 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

/ / /

/ / /

/ / /

Dated: October 20, 2021　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　*/s/ Linda C. Allison and Hannah Labaree*
　　　　　　　　　　　　　　　　LINDA C. ALLISON & HANNAH LABAREE
　　　　　　　　　　　　　　　　Assistant Federal Defenders
　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　KRISTY FELKINS

Dated: October 20, 2021　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　*/s/ Linda C. Allison for*
　　　　　　　　　　　　　　　　PAUL HEMESATH and GRANT RABENN
　　　　　　　　　　　　　　　　Assistant United States Attorneys

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for October 28, 2021 at 9:30 a.m. be continued to November 18, 2021 at 9:30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though November 18, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: October     , 2021

HON. TROY L. NUNLEY
United States District Court Judge