HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
KRISTY FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KRISTY FELKINS,<br><br>  Defendants. | Case No: 2:20-cr-0175-TLN<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: November 18, 2021<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Newman |

    IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Paul Hemesath and Assistant Federal Defenders Linda C. Allison and Hannah Labaree, attorneys for Kristy Felkins, that the status conference hearing set for November 18, 2021 be continued to January 20, 2022 at 9:30 a.m.

    The parties are working on a resolution. Defense counsel needs additional time to review the discovery with her client, to continue with an investigation and discuss plea negotiations with the government.

    The parties further stipulate and agree to exclude time from the date of this stipulation November 18, 2021 to January 20, 2022 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: November 16, 2021 | Respectfully submitted, |
| 2 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | | */s/ Linda C. Allison and Hannah Labaree*<br>LINDA C. ALLISON & HANNAH LABAREE<br>Assistant Federal Defenders<br>Attorneys for Defendant<br>KRISTY FELKINS |
| 7 | Dated: November 16, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney |
| 9 | | */s/ Linda C. Allison for*<br>PAUL HEMESATH<br>Assistant United States Attorneys |

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for November 18, 2021 at 9:30 a.m. be continued to January 20, 2022 at 9:30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though January 20, 2022 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: November ____ 2021

HON. TROY L. NUNLEY
United States District Court Judge