HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
KRISTY FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KRISTY FELKINS, ) <br> ) <br> Defendant. ) <br> ) | Case No:  2:20-cr-0175-TLN <br><br> STIPULATION AND [PROPOSED] ORDER TO VACATE STATUS CONFERENCE AND TO SET CHANGE OF PLEA HEARING <br><br> Date:  February 24, 2022 <br> Time: 9:30 a.m. <br> Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney Paul Hemesath and Assistant Federal Defender Linda C. Allison, attorney for Kristy Felkins, that the status conference hearing set for February 24, 2022 be vacated and a change of plea hearing be set for March 17, 2022 at 9:30 a.m.

The new date is requested in accordance with 18 U.S.C. § 3161(h)(4) as Ms. Felkins is ill and is not currently able to appear in court.  Furthermore, Ms. Felkins's counsel continues to prepare by reviewing discovery for the purpose of determining the best course of action in this case.

The parties further stipulate and agree to exclude time from the date of this stipulation November 18, 2021 to January 20, 2022 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv)(Local Code T4).

/ / /

/ / /

| | |
|---|---|
| 1 | / / / |
| 2 | / / / |

| | | |
|---|---|---|
| 3 | Dated: February 22, 2022 | Respectfully submitted, |
| 4 | | HEATHER E. WILLIAMS<br>Federal Defender |
| 6 | | */s/ Linda C. Allison*<br>LINDA C. ALLISON<br>Assistant Federal Defender<br>Attorney for Defendant<br>KRISTY FELKINS |
| 9 | Dated: February 22, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| 11 | | */s/ Paul Hemesath*<br>PAUL HEMESATH<br>Assistant United States Attorney |

**ORDER**

IT IS HEREBY ORDERED that the status conference hearing set for February 24, 2022 at 9:30 a.m. be vacated and a change of plea hearing set for March 17, 2022 at 9:30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though March 17, 2022 inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: February _____ 2022

HON. TROY L. NUNLEY
United States District Court Judge