PHILLIP A. TALBERT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>KRISTY LYNN FELKINS,<br><br>           Defendant. | CASE NO. 2:20-CR-0175-TLN<br><br>ASSOCIATION OF COUNSEL<br><br>DATE: June 16, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

### ASSOCIATION OF COUNSEL

Please add Assistant United States Attorney Justin L. Lee as the counsel of record for service, and lead attorney for the United States. Please remove Assistant United States Attorney Paul A. Hemesath, he is no longer employed with the United States Attorney's Office.

Dated: April 19, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney