HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
KRISTY FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KRISTY FELKINS, <br><br> Defendants. | Case No: 2:20-cr-0175-TLN <br><br> STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING AND MODIFY PSR SCHEDULE <br><br> Date: June 16, 2022 <br> Time: 9:30 a.m. <br> Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through, Assistant United States Attorney Justin Lee, attorney for Plantiff and Heather Williams, Federal Defender, through Assistant Federal Defender Linda C. Allison, attorney for Kristy Felkins, that the Sentencing hearing set for June 16, 2022 continued to September 29, 2022 at 9:30 a.m.

The following is the new proposed briefing schedule:

| | |
|---|---|
| Draft Presentence Investigation Report due: | August 18, 2022 |
| Informal Objections due: | September 1, 2022 |
| Final Presentence Investigation Report due: | September 8, 2022 |
| Formal Objections due: | September 15, 2022 |
| Reply/Sentencing Memorandum Due: | September 22, 2022 |
| Judgment and Sentencing: | September 29, 2022 |

This continuance is requested due to defense counsel's unavailability.

The Government and the United States Probation Office do not oppose the request.

Dated: June 6, 2022                    Respectfully submitted,

                                       HEATHER E. WILLIAMS
                                       Federal Defender

                                       */s/ Linda C. Allison*
                                       LINDA C. ALLISON
                                       Assistant Federal Defenders
                                       Attorneys for Defendant
                                       KRISTY FELKINS

Dated: June 6, 2022                    PHILLIP A. TALBERT
                                       United States Attorney


                                       */s/ Justin Lee*
                                       JUSTINE LEE
                                       Assistant United States Attorneys

**ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS HEREBY ORDERED that the Sentencing hearing set for June 16, 2022 at 9:30 a.m. be continued to September 29, 2022 at 9:30 a.m..

Dated: June ____ 2022

HON. TROY L. NUNLEY
United States District Court Judge