HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
KRISTY FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 2:20-cr-0175-TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| vs. | ) | TO CONTINUE SENTENCING AND MODIFY |
| | ) | PSR SCHEDULE |
| KRISTY FELKINS, | ) | |
| | ) | Date: June 16, 2022 |
| Defendants. | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States Attorney, through, Assistant United States Attorney Justin Lee, attorney for Plantiff and Heather Williams, Federal Defender, through Assistant Federal Defender Linda C. Allison, attorney for Kristy Felkins, that the Sentencing hearing set for June 16, 2022 continued to September 29, 2022 at 9:30 a.m.

The following is the new proposed briefing schedule:

| | |
|---|---|
| Draft Presentence Investigation Report due: | August 18, 2022 |
| Informal Objections due: | September 1, 2022 |
| Final Presentence Investigation Report due: | September 8, 2022 |
| Formal Objections due: | September 15, 2022 |
| Reply/Sentencing Memorandum Due: | September 22, 2022 |
| Judgment and Sentencing: | September 29, 2022 |

This continuance is requested due to defense counsel's unavailability.

The Government and the United States Probation Office do not oppose the request.

Dated: June 6, 2022    Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defenders
Attorneys for Defendant
KRISTY FELKINS

Dated: June 6, 2022    PHILLIP A. TALBERT
United States Attorney

*/s/ Justin Lee*
JUSTINE LEE
Assistant United States Attorneys

**ORDER**

The Court, having received, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS HEREBY ORDERED that the Sentencing hearing set for June 16, 2022 at 9:30 a.m. be continued to September 29, 2022 at 9:30 a.m..

Dated: June 6, 2022

_____
Troy L. Nunley
United States District Judge