# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | **USA v. Kristy Lynn Felkins 2:20-CR-00175-TLN** | *Date:* | **September 27, 2022** |
| *To:* | **Hon. Troy L. Nunley c/o Courtroom Deputy Michele Krueger** | *From:* | **Justin L. Lee U.S. Attorney's Office Eastern District of California 501 I Street, Ste 10-100 Sacramento, California 95814 Telephone: (916) 554-2700** |

This matter is currently set for Judgment and Sentencing on Thursday, September 29, 2022. The parties jointly request that the Court reset this matter for Judgment and Sentencing on Thursday, December 8, 2022, at 9:30 a.m.  The assigned probation officer has no objection to this date.

The draft presentence investigation report has not yet been filed.  The probation officer and the parties would like additional time to investigate and gather information for draft presentence investigation report.  Therefore, the parties request that the Court reset the PSR briefing schedule as follows:

Draft PSR Due:           October 27, 2022 (at least six weeks before J&S)

Informal Objections Due: November 9, 2022 (at least four weeks before J&S)

Final PSR Due:           November 16, 2022 (at least three weeks before J&S)

Formal Objections Due:   November 23, 2022 (two weeks before J&S)

Opposition to Objections: December 1, 2022 (one week before J&S)

Judgment and Sentencing: December 8, 2022