# Memorandum

*United States Attorney's Office*
*Eastern District of California*



| | | | |
|---|---|---|---|
| *Subject:* | **USA v. Kristy Lynn Felkins 2:20-CR-00175-TLN** | *Date:* | **December 7, 2022** |
| *To:* | **Hon. Troy L. Nunley c/o Courtroom Deputy Michele Krueger** | *From:* | **Justin L. Lee U.S. Attorney's Office Eastern District of California 501 I Street, Ste 10-100 Sacramento, California 95814 Telephone: (916) 554-2700** |

This matter is currently set for Judgment and Sentencing on Thursday, December 8, 2022.  The parties jointly request that the Court reset this matter for a Status RE: J&S on Thursday, December 15, 2022, at 9:30 a.m.  The assigned probation officer is available on this date.