HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_allison@fd.org

Attorney for Defendant
KRISTY FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No:  2:20-cr-0175-TLN |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WAIVER OF APPEARANCE |
| vs. | ) | |
| | ) | Date:  December 15, 2022 |
| KRISTY FELKINS, | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |
| Defendants. | ) | |
| | ) | |
| | ) | |

Pursuant to Rule 43 of the Federal Rules of Criminal Procedure, defendant, Kristy Felkins, hereby waives the right to be present in person in open court at the status conference currently set for December 15, 2022.

Defendant hereby requests the Court to proceed during every absence which the Court may permit to this waiver; agrees that defendant's interests will be deemed represented at all times by the presence of the defendant's attorney, the same as if the defendant were personally present; and further agrees to be present in court ready for trial any day and hour the Court may fix the defendant's absence.

Dated: December 14, 2022

                                                 */s/ Kristy Felkins*
                                                 KRISTY FELKINS
                                                 Original retained by attorney

I agree and consent to my Client's waiver of appearance.

Dated: December 14, 2022

                                          */s/ Linda C. Allison*
                                          LINDA C. ALLISON
                                          Assistant Federal Defender
                                          Attorney for Defendant

IT IS SO ORDERED.

Dated:

                                          TROY L. NUNLEY
                                          United States District Judge