# Memorandum

United States Attorney's Office
Eastern District of California



| | | | |
|---|---|---|---|
| *Subject:* | USA v. Kristy Lynn Felkins<br>2:20-CR-00175-TLN | *Date:* | April 17, 2023 |
| *To:* | Hon. Troy L. Nunley<br>c/o Courtroom Deputy<br>Michele Krueger | *From:* | **Justin L. Lee**<br>**U.S. Attorney's Office**<br>**Eastern District of California**<br>**501 I Street, Ste 10-100**<br>**Sacramento, California 95814**<br>**Telephone: (916) 554-2700** |

This matter is pending sentencing. No sentencing date is currently scheduled. The parties jointly request that the Court set this matter for Judgment and Sentencing on Thursday, July 20, 2023, at 9:30 a.m. The assigned probation officer is available on this date.

The draft presentence investigation report is complete. Therefore, the parties request that the Court reset the PSR briefing schedule as follows:

| | |
|---|---|
| Draft PSR Due: | Filed March 1, 2023. |
| Informal Objections Due: | May 4, 2023 (at least four weeks before J&S) |
| Final PSR Due: | May 18, 2023 (at least three weeks before J&S) |
| Formal Objections Due: | June 1, 2023 (at least two weeks before J&S) |
| Opposition to Objections: | June 15, 2023 (at least one week before J&S) |
| Sentencing Memoranda: | July 6, 2023 |
| Judgment and Sentencing: | July 20, 2023 |