HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
KRISTY FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTY FELKINS,<br><br>Defendants. | Case No:  2:20-cr-00175-TLN<br><br>**NOTICE OF REQUEST TO FILE UNDER SEAL**<br><br>Date:  July 20, 2023<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

TO:    UNITED STATES ATTORNEY PHILLIP A TALBERT AND ASSISTANT UNITED STATES ATTORNEY JUSTIN LEE

PLEASE TAKE NOTICE that Defendant Kristy Felkins, by and through her attorney, Linda Harter Assistant Federal Defender, hereby requests an order permitting counsel to file Ms. Felkins medical records under seal, which contain personal confidential medical information, under seal.

The sealing is requested pursuant to Eastern District Local Rule 141 and Federal Rule of Criminal Procedure 57(a)(1). The Court has inherent power to seal documents. *See United States v. Gurolla*, 333 F.3d 944 (9th Cir. 2003) (recognizing authority to accept submissions under seal); *see also United States v. Hickey*, 185 F.3d 1064 (9th Cir. 1999); *United States v. Hardwell*, 80 F.3d 1471, 1483-84 (10th Cir. 1996).

The records were provided to the Court and the Government via email. The Court may file this Notice in the public record.

Dated: July 13, 2023

> HEATHER E. WILLIAMS
> Federal Defender
>
> */s/ Linda Harter*
> LINDA HARTER
> Assistant Federal Defender
> Attorney for Defendant
> KRISTY FELKINS