HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
KRISTY FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:20-cr-00175-TLN |
| Plaintiff, | EXHIBIT B TO MS. FELKINS' SENTENCING MEMORANDUM |
| vs. | Date: July 20, 2023 |
| KRISTY FELKINS, | Time: 9:30 a.m. |
| Defendants. | Judge: Hon. Troy L. Nunley |

Ms. Felkins, by and through her counsel of record, Assistance Federal Defender Linda Harter, submits additional character letters attached here as Exhibit B to her Sentencing Memorandum (ECF 53).

Dated: July 14, 2023                    Respectfully submitted,

                                        HEATHER E. WILLIAMS
                                        Federal Defender

                                        */s/ Linda C. Harter*
                                        LINDA C. HARTER
                                        Assistant Federal Defenders
                                        Attorneys for Defendant KRISTY FELKINS