# EXHIBIT B

Dear Honorable Troy L. Nunley,
United States District Court Judge
501 I Street
Sacramento, Ca 95814

My name is Destiny Hubbard . I am writing today on behalf of my dear friend Kristy Bushnell. I have been fortunate to call Kristy my friend for the last 5 years. We met through a mutual friend that shared our passion for horses. From our very first introduction she treated me like family .

Throughout the time that I have knowm Kristy, I have been continuously impressed with how kind, respectful and full of love her kids are.
It was always apparent to me that Kristy was a fabulous mother to these kids and had clearly dedicated her life to making them happy and healthy.

As our friendship grew closer Kristy shared with my many stories of experiences her children were having while in their father's custody that broke my heart.   Kristy wanted her kids to be with her so they could feel safe and loved the way the they deserved .

I am a mother to 6 beautiful children , and my babies have also been blessed by Kristy and her family. She is the only person I trusted outside of my family to take my children while I was in labor. She even volunteered to take my children when I had to have surgery unexpectedly as well. She truly has a heart of gold and is always going out of her way to help others.

Outside of raising such wonderful , kind children, Kristy also raises livestock , dogs and horses with her family. She has continuously provided a safe haven to needy horses throughout her community and helps other families learn about animals and horses too.

Kristy is without a doubt an essential part of her childrens life and that of the animals and ranch. Her husband works long hours and frequently has to be gone for extended periods of time .I have seen her keeping everyone going with such grace , all on her own.

Kristy is expecting another beautiful baby  .
As a mother that has worked as a birth and newborn doula I am beyond concerned about Kristy being in custody during her pregnancy and even more concerned for the precious baby not to have it's mother after birth.  Especially during a pandemic , the baby needs mother's milk for those vital antibodies to stay healthy and safe. The baby would have a much more difficult time emotionally and possibly developmentally without Kristy present.

I am in absolute belief that Kristy is not a danger to anyone if she were granted the ability to remain in her home for her sentence. I have spoken with her since the beginning of this case and her main concern through all of it is taking care of her family. Her children, husband and animals all need her to thrive!

I am pleading on her behalf, please allow her to remain with those who need her and to be in a safe environment with the new baby.

Thank you for your time in reading this letter and your consideration of this information while decided the future for my dear friend Kristy.

Sincerely,
Destiny Hubbard

Matthew Shontz

[redacted]

[redacted]

7/02/2023

My dear friend Kristy

Hi, I just wanted to write this letter explaining my experience and friendship with Kristy over the past few years, attesting to her character and to just how losing Kristy would be harmful to our society.

I first met Kristy over a Facebook post I had made looking for someone local to help with my horse training business. Kristy has helped me make sure everyone is fed, watered, bathed after working and many other things that come with training horses.  She has always been someone I can rely on when I need help and I have become close to her and her family. We have supper together after work and spend time on other hobbies. She has her Husband Matt, oldest daughter Emerald, second oldest Jaden, second and third boys George and baby Edward. I haven't had the best role models growing up so to have someone like Kristy and her family in my life has been a major blessing and I can't imagine how life changing her children's lives would be without being raised by their mother. They would be the ones being punished.  We spend lots of time each day at the training facility together and even her kids have joined in on the riding and caring of horses.  I spend most of my time working, starting the young horses while Kristy helps give lessons to the community for anyone who wants to learn equestrian. Both me and her family share a bond for all things animals and are a part of the farming community, especially horses and  GRANGE.

Karan Jo White



United States District Court Judge
501 I Street
Sacramento, Ca 95814

I am writing this letter in support of my granddaughter, Kristy Lynn Felkins. My insights into her character are well founded as she lived with me for 1 ½ years while attending college, and we have had frequent contacts throughout her life, including many family visits both at their home and mine. I have been in contact with many types of individuals, as a credentialed classroom teacher for 30 years, as a volunteer for about 15 years with the Butte County Sheriff's office, Chico Police Department, my church, and past 4H club leader, etc.

I have observed Kristy to be a loving, caring individual as a mother, family member, community member:
**Mother:**  Emerald, Jaden and George are fortunate to live in the country on a small ranch and experience a wonderful, healthy way of life: horseback riding, hiking, fishing, sports, exploring points of interest, and spending time with friends. They appear happy and well adjusted. Kristy encourages each child to pursue their specific interests well as family activities. There has always been fun creative projects and games going on during my visits. The children are home schooled and doing well academically. Emerald is now enrolled in an online high school, Pen Faster, with a 4.0 average. Jaden will also be attending Pen Faster.
**Family:** When Matt was home from work we have, as a family, visited a working ranch, landmarks, and attended local events, such as a rodeo, etc. in Nevada. In the recent past, they would spend time at my home visiting family & friends, then travel back to their hometown in Humboldt County for family events and visits. At my home, they helped me by hauling hay and moving my brother's possessions into storage, and other helpful projects.
**Community:** Kristy, from childhood on, always took on the responsibility of helping others.  She became a successful 4H member and leader at a young age and has continued helping others while in Nevada, such as volunteering at their church, helping local cattle ranchers, and caring for neighbor's children when needed. We attended the 2021 community Halloween event in Fallon and they were the only in costumed family, with no indication who they were, among multiple businesses providing and distributing treats to all participants.

**Sentencing:** Kristy should remain at home caring for her family. I hope the court takes into consideration that she has continued to be an outstanding mother, family member, and community member since charges were brought against her. All three children would be very traumatized if she is incarcerated, as they are very close with each other as well as with their mother; their way of life and stability would be destroyed. Kristy's attempted actions were very wrong, but also way out of character. At the time she was suffering from a great amount of stress and depression and was overwhelmed by many existing circumstances. She was possibly on the verge of a nervous breakdown. I believe she is not a threat to anyone. She has shown remorse for her past actions and agrees her actions were very wrong. She is now well grounded due to her stabilized family life, reflection on her actions, and counseling sessions.

 Please consider In Home Supervision as Kristy is a different person than during those trying times. She has already proven her trustworthiness while home before sentencing and recognizes her desperate actions were very wrong.

Thank you for taking my letter into consideration and I am so sorry to miss the June 16 court date as I will be out of the country.

Sincerely,


Karan Jo White