HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
KRISTY FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTY FELKINS,<br><br>Defendants. | Case No: 2:20-cr-00175-TLN<br><br>**ORDER TO SEAL**<br><br>Date: July 20, 2023<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

**IS HEREBY ORDERED** that the Request to seal Ms. Felkins' medical records be granted so that the confidential personal information it contains is not available on the public docket. The release plan is to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

Dated: July 20, 2023

_____
Troy L. Nunley
United States District Judge

-1-