HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, # 179741
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Linda_Harter@fd.org

Attorney for Defendant
KRISTY FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:20-cr-0175-TLN |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | |
| KRISTY FELKINS, | |
| Defendants. | |

Notice is hereby given that Kristy Felkins appeals the judgment and sentence that the district court imposed on July 20, 2023 (Dkt. #59) to the United States Court of Appeals for the Ninth Circuit.

Dated: August 2, 2023

                                           HEATHER E. WILLIAMS
                                           Federal Defender

                                           */s/ Linda Harter*
                                           LINDA C. HARTER
                                           Attorney for Defendant
                                           KRISTY LYNN FELKINS