UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

USA,
      Plaintiff

  v.                                                  CASE NO. 2:20−CR−00175−TLN

KRISTY LYNN FELKINS ,
      Defendant


You are hereby notified that a Notice of Appeal was filed on **August 02, 2023** in the above entitled case. Enclosed is a copy of the Notice of Appeal, pursuant to FRAP 3(d).


August 9, 2023

                              **KEITH HOLLAND**
                              **CLERK OF COURT**

                     **by:**  /s/  L. Reader
                              Deputy Clerk