UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" Street
Sacramento, CA 95814

TO: CLERK, U.S. COURT OF APPEALS

FROM: CLERK, U.S. DISTRICT COURT

SUBJECT: NEW APPEALS DOCKETING INFORMATION

CASE INFORMATION

| | |
|---|---|
| USDC Number: | **2:20−CR−00175−TLN** |
| USDC Judge: | **DISTRICT JUDGE TROY L. NUNLEY** |
| USCA Number: | **NEW APPEAL** |
| Complete Case Title: | **USA vs. KRISTY LYNN FELKINS** |
| Type: | **CRIMINAL** |
| Complaint Filed: | **9/14/2020** |
| Appealed Order/Judgment Filed: | **7/21/2023** |
| Court Reporter Information: | **Maryann Valenoti** |

FEE INFORMATION

**Fee Status: CJA or IFP granted on 9/30/2020**

Information prepared by: /s/ **L. Reader , Deputy Clerk**