REGNO..: 56443-048 NAME: FELKINS, KRISTY LYNN

```
FBI NO............: TX4C3PJWA         DATE OF BIRTH:      -1985  AGE: 39
ARS1..............: WAS/A-DES
UNIT..............: A/B/E GP          QUARTERS.....: A02-004U
DETAINERS.........: NO                NOTIFICATIONS: NO
```

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-18-2027

FINAL STATUTORY RELEASE FOR INMATE.: 12-30-2027 VIA GCT REL
        WITH APPLIED FSA CREDITS.:  75   DAYS
THE INMATE IS PROJECTED FOR RELEASE: 10-16-2027 VIA FSA REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION...........: CALIFORNIA, EASTERN DISTRICT
DOCKET NUMBER...................: 2:20CR00175-01
JUDGE...........................: NUNLEY
DATE SENTENCED/PROBATION IMPOSED: 07-20-2023
DATE COMMITTED..................: 09-29-2023
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO
```

|                  | FELONY ASSESS | MISDMNR ASSESS | FINES   | COSTS   |
|------------------|---------------|----------------|---------|---------|
| NON-COMMITTED.:  | $100.00       | $00.00         | $00.00  | $00.00  |

RESTITUTION...: PROPERTY: NO  SERVICES: NO       AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....:   546     18:1958 RACKETEERING
OFF/CHG: 18:1958 MURDER FOR HIRE (CLASS C FELONY)

```
SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE.:    60 MONTHS
TERM OF SUPERVISION.............:    36 MONTHS
DATE OF OFFENSE.................: 05-31-2016
```


G0002       MORE PAGES TO FOLLOW . . .

Exhibit C, p. 1

```
WASAN   540*23 *       SENTENCE MONITORING         *      05-14-2024
PAGE 002 OF 002 *         COMPUTATION DATA         *       12:52:47
                          AS OF 05-14-2024
```
Case 2:20-cr-00175-TLN   Document 69-2   Filed 11/27/24   Page 2 of 13

```
REGNO..: 56443-048 NAME: FELKINS, KRISTY LYNN


------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-10-2023 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-16-2023 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-29-2023
TOTAL TERM IN EFFECT............:    60 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 05-31-2016

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    09-15-2020   09-17-2020

TOTAL PRIOR CREDIT TIME.........: 3
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 270
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 12-30-2027
ELDERLY OFFENDER TWO THIRDS DATE: 01-26-2027
EXPIRATION FULL TERM DATE.......: 09-25-2028
TIME SERVED.....................:     7 MONTHS   19 DAYS
PERCENTAGE OF FULL TERM SERVED..: 12.6
PERCENT OF STATUTORY TERM SERVED: 14.9

PROJECTED SATISFACTION DATE.....: 10-16-2027
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 75

REMARKS.......: 10-10-2023: INMATE V/S ON 09-29-2023(DCB) P/JWR




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit C, p. 2

```
WASEV              *       INMATE EDUCATION DATA        *      10-17-2024
PAGE 001 OF 001    *           TRANSCRIPT               *      09:49:01

REGISTER NO: 56443-048     NAME..: FELKINS              FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: WAS-WASECA FCI

------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
WAS  ESL HAS    ENGLISH PROFICIENT          10-11-2023 1605 CURRENT
WAS  GED HAS    COMPLETED GED OR HS DIPLOMA 10-11-2023 1606 CURRENT

-------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                   START DATE   STOP DATE EVNT AC LV   HRS
WAS F      CORRESPONDENCE COURSE         03-01-2024   CURRENT
WAS F      ACE FIRST LADIES              10-07-2024   10-07-2024   P  C  P    6
WAS F      ACE GALAPAGOS ISLAND COMP/FILM 08-12-2024  09-04-2024   P  C  P    6
WAS F      EDUCATION TUTOR TRAINING ACE  05-17-2024   07-19-2024   P  C  P   12
WAS F      ACE HIDDEN HAWAII FILM COMPRE  07-09-2024   07-11-2024   P  C  P    6
WAS F      INTRO TO ORIGAMI              07-09-2024   07-09-2024   P  C  P    6
WAS F      ACE MARTIN LUTHER KING        06-10-2024   06-17-2024   P  C  P    6
WAS F      INTRO TO HOBBY CRAFT          05-20-2024   05-20-2024   P  C  P    1
WAS F      REC TUTOR TRAINING            04-22-2024   04-23-2024   P  C  P    4
WAS F      MASTERS OF THE ARCTIC FILM/ CO 05-13-2024  05-21-2024   P  C  P    6
DUB F      BEG.CROSS STITCH/FCI          03-12-2024   04-16-2024   P  C  P   12
DUB F      BEGINNERS CROCHET CLASS       03-10-2024   04-14-2024   P  C  P    6
DUB F      ACE HISTORY OF NATIONAL PARKS 02-27-2024   02-27-2024   P  C  P   10
DUB F      ACE BEGINNER'S SPANISH 1      11-29-2023   12-30-2023   P  C  P   12




G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit C, p. 3

# WORK PERFORMANCE RATING – INMATE
U.S. DEPARTMENT OF JUSTICE — FEDERAL BUREAU OF PRISONS

| Inmate's name | Register number | Unit |
|---|---|---|
| Felkins | 56443-048 | A |

| Evaluation period | Work assignment |
|---|---|
| September 2024 | EDU: Tutor 7:30-9:30, 12-3:30 |

Bonus justification

Signature and date of bonus
Approved by Dept. Head

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. (circled) Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. (circled) Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. (circled) Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST: EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in the job. Asks questions about own work and related work. May do extra work to improve skills.
5. (circled) Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction is unable to learn, no matter amount of trying.
2. Fair. Slow but if tries, eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. (circled) Outstanding. Very quick to learn. Excellent memory. Is learning much more Rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left supervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. (circled) No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor.
2. Fair. Resists or ignores suggestions.
3. Satisfactory. Generally does what is told without any fuss.
4. Good. No hostility or resentment. Tries to improve.
5. (circled) Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negative, hostile, annoying to others.
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with her.
5. (circled) Outstanding. Gets along with everyone. Very popular.

**J. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off this individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion.
4. Raise the person's pay but keep the person at the same job?
5. (circled) Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay – Grade class   M   1   2   3   (4 circled)
2. Hours of satisfactory work  29
3. Regular pay  $0.12
4. Bonus recommended  ___
5. Total pay  $3.48

Supervisor's signature  M. Malecek

Inmate's signature  [signature]

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff witness' signature _____

**PERFORMANCE PAY DAILY RECORD – INMATE**

| Sun | Mon | Tues | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|
| 2 | LKDN 3 | LKDN 4 | LKDN 5 | LKDN 6 | LKDN | |
| 9 | LKDN 10 | LKDN 11 | LKDN 12 | LKDN 13 | LKDN | |
| 16 | LKDN 17 | LKDN 18 | LKDN 19 | LKDN 20 | LKDN | |
| LKDN 23 | 5.5 24 | 7 25 | 5.5 26 | 5.5 27 | | |
| 5.5 30 | | | | | | |

Note: For days reflecting less than 7 hours worked, explain by inserting applicable code.

C = Callout
E = Education
F = Furlough
H = Hospital
V = Visit
HO = Holiday
I = Medical Idle
UA = Unauthorized
AD = Administrative Detention / Disciplinary Segregation
U = Unsatisfactory

**Exhibit C, p. 4**

# WORK PERFORMANCE RATING – INMATE
U.S. DEPARTMENT OF JUSTICE        FEDERAL BUREAU OF PRISONS

| Inmate's name | Register number | Unit |
|---|---|---|
| **Felkins** | **56443-048** | **A** |

| Evaluation period | Work assignment |
|---|---|
| **August 2024** | **EDU: Tutor 7:30-9:30, 12-3:30** |

Bonus justification

Signature and date of bonus
Approved by Dept. Head

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

**A QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. **(circled)** Outstanding. Does superior work.

**B. QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. **(circled)** Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. **(circled)** Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST: EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. Good. Above-average interest in the job. Asks questions about own work and related work. May do extra work to improve skills.
5. **(circled)** Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction is unable to learn, no matter amount of trying.
2. Fair. Slow but if tries, eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. **(circled)** Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left supervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. Needs little supervision. Good record of dependability and promptness.
5. **(circled)** No supervision required. Completely dependable in all things.

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor
2. Fair. Resists or ignores suggestions
3. Satisfactory. Generally does what is told without any fuss
4. Good. No hostility or resentment. Tries to improve
5. **(circled)** Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
1. Poor. Negative, hostile, annoying to others
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with her.
5. **(circled)** Outstanding. Gets along with everyone. Very popular

**J. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off this individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion
4. Raise the person's pay but keep the person at the same job?
5. **(circled)** Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay – Grade class   M   1   2   3   **(4 circled)**
2. Hours of satisfactory work   **107**
3. Regular pay   **$0.12**
4. Bonus recommended _____
5. Total pay   **$12.84**

Supervisor's signature   **M. Malecek**

Inmate's signature _____

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff witness' signature _____

## PERFORMANCE PAY DAILY RECORD – INMATE

| Sun | Mon | Tues | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  | 5.5 (1) | 5.5 (2) |  |
| 5.5 (5) | 5.5 (6) | 5.5 (7) | 5.5 (8) | 5.5 (8) | 5 (9) |  |
| 3 (12) | 5.5 (13) | X (14) | 5.5 (15) | 5.5 (16) |  |  |
| 5.5 (19) | 5.5 (20) | 5.5 (21) | 5.5 (22) | / (23) |  |  |
| 5.5 (26) | 5.5 (27) | 5.5 (28) | 5.5 (29) | 5.5 (30) |  |  |

Note: For days reflecting less than 7 hours worked, explain by inserting applicable code.

C = Callout
E = Education
F = Furlough
H = Hospital
V = Visit
HO= Holiday
I = Medical Idle
UA= Unauthorized
AD= Administrative Detention / Disciplinary Segregation
U = Unsatisfactory

**Exhibit C, p. 5**

# WORK PERFORMANCE RATING – INMATE
U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Inmate's name | Register number | Unit |
|---|---|---|
| **Felkins** | **56443-048** | **A** |
| Evaluation period | Work assignment | |
| **May 2024** | **EDU: Tutor 7:30-9:30, 12-3:30** | |

Bonus justification

Signature and date of bonus
Approved by Dept. Head

Instructions: Base your rating on the inmate's overall performance for the rating period as compared to what is expected of a satisfactory worker in the assignment.

**A  QUALITY OF WORK**
1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
2. Fair. Careless; makes mistakes and does not check work. Should do better work.
3. Satisfactory. Makes some mistakes but no more than expected at this level.
4. **(circled)** Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
5. Outstanding. Does superior work.

**B  QUANTITY OF WORK**
1. Unsatisfactory. Lazy, wastes time, goofs off.
2. Fair. Does just enough to get by. Has to be prodded occasionally.
3. Satisfactory. Works steadily but does not push self.
4. Good. Willing worker. Does a full day's work and wastes little time.
5. **(circled)** Outstanding. Drives self exceptionally hard all the time.

**C  INITIATIVE**
1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
2. Fair. Usually relies on others to say what needs to be done.
3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
4. **(circled)** Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
5. Outstanding. Has good ideas on better ways of doing things.

**D  INTEREST: EAGERNESS TO LEARN**
1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
2. Fair. Shows minimal interest but not very eager to learn.
3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
4. **(circled)** Good. Above-average interest in the job. Asks questions about own work and related work. May do extra work to improve skills.
5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E  ABILITY TO LEARN**
1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction is unable to learn, no matter amount of trying.
2. Fair. Slow but if tries, eventually will pick up the skills. Needs more instructions than most.
3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
5. **(circled)** Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.      2

**F  NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
1. Needs constant supervision. If left supervised will foul up, get in trouble, or wander off.
2. Needs closer supervision than most. Not very dependable.
3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
4. **(circled)** Needs little supervision. Good record of dependability and promptness.
5. No supervision required. Completely dependable in all things.

**G  RESPONSE  TO  SUPERVISION  AND  INSTRUCTION**
1. Poor. Resentful and hostile. May argue with supervisor
2. Fair. Resists or ignores suggestions
3. Satisfactory. Generally does what is told without any fuss
4. **(circled)** Good No hostility or resentment. Tries to improve
5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H  ABILITY TO WORK WITH OTHERS**
1. Poor. Negative, hostile, annoying to others
2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
4. Good. Friendly, congenial, helpful; others like to work with her.
5. **(circled)** Outstanding. Gets along with everyone. Very popular

**J  OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:
1. Fire or lay off this individual?
2. Transfer the person to a less demanding job at a lower pay scale?
3. Continue to employ the person but without a raise or promotion.
4. **(circled)** Raise the person's pay but keep the person at the same job?
5. Promote the person to a more demanding job at a higher pay rate?

**J.  GRADES AND PAY**
1. Performance Pay – Grade class   M   1   2   3   **④**
2. Hours of satisfactory work **85**
3. Regular pay **0.12**
4. Bonus recommended _____
5. Total pay **$10.20**

Supervisor's signature **M. Malecek**

Inmate's signature _____

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff witness' signature _____

### PERFORMANCE PAY DAILY RECORD – INMATE

| Sun | Mon | Tues | Wed | Thur | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3  2 |  |
| 6  2 | 7  3ᶜ | 8  4 | 9  ?  5.5ᶜ | 10  5.5 |  |  |
| 13  5.5 | 14  2ᶜ | 15  4ᶜ | 16  4ᶜ | 17  5.5 |  |  |
| 20  5.5 | 21  5.5 | 22  4.5ᶜ | 23  4.5ᶜ | 24  4.5 |  |  |
| 27  0 | 28  4.5ᶜ | 29  5.5 | 30  2 | 31  5.5 |  |  |

Note: For days reflecting less than 7 hours worked, explain by inserting applicable code.

C = Callout
E = Education
F = Furlough
H = Hospital
V = Visit
HO= Holiday
I = Medical Idle
UA= Unauthorized
AD= Administrative Detention / Disciplinary Segregation
U = Unsatisfactory

**Exhibit C, p. 6**



# Individualized Needs Plan - Program Review    (Inmate Copy)
### Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 02340917
Team Date: 10-25-2024

Plan is for inmate: FELKINS, KRISTY LYNN 56443-048

| | | |
|---|---|---|
| Facility: | WAS WASECA FCI | Proj. Rel. Date: 08-02-2027 |
| Name: | FELKINS, KRISTY LYNN | Proj. Rel. Mthd: FIRST STEP ACT RELEASE |
| Register No.: | 56443-048 | DNA Status: DUB11394 / 09-29-2023 |
| Age: | 39 | |
| Date of Birth: | ▇-1985 | |

## Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

## Inmate Photo ID Status

No photo ID - Expiration: null

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| WAS | EDUCATION | EDUCATION | 04-26-2024 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| WAS | ESL HAS | ENGLISH PROFICIENT | 10-11-2023 |
| WAS | GED HAS | COMPLETED GED OR HS DIPLOMA | 10-11-2023 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| WAS | | CORRESPONDENCE COURSE | 03-01-2024 | CURRENT |
| WAS F | C | ACE FIRST LADIES | 10-07-2024 | 10-07-2024 |
| WAS F | C | ACE GALAPAGOS ISLAND COMP/FILM | 08-12-2024 | 09-04-2024 |
| WAS F | C | EDUCATION TUTOR TRAINING ACE | 05-17-2024 | 07-19-2024 |
| WAS F | C | ACE HIDDEN HAWAII FILM COMPRE | 07-09-2024 | 07-11-2024 |
| WAS F | C | INTRO TO ORIGAMI | 07-09-2024 | 07-09-2024 |
| WAS F | C | ACE MARTIN LUTHER KING | 06-10-2024 | 06-17-2024 |
| WAS F | C | INTRO TO HOBBY CRAFT | 05-20-2024 | 05-20-2024 |
| WAS F | C | REC TUTOR TRAINING | 04-22-2024 | 04-23-2024 |
| WAS F | C | MASTERS OF THE ARCTIC FILM/ CO | 05-13-2024 | 05-21-2024 |
| DUB F | C | BEG.CROSS STITCH/FCI | 03-12-2024 | 04-16-2024 |
| DUB F | C | BEGINNERS CROCHET CLASS | 03-10-2024 | 04-14-2024 |
| DUB F | C | ACE HISTORY OF NATIONAL PARKS | 02-27-2024 | 02-27-2024 |
| DUB F | C | ACE BEGINNER'S SPANISH 1 | 11-29-2023 | 12-30-2023 |

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 04-29-2024 |
| CARE1-MH | CARE1-MENTAL HEALTH | 10-12-2023 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| NO PAPER | NO PAPER MEDICAL RECORD | 11-21-2023 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 11-21-2023 |
| YES F/S | CLEARED FOR FOOD SERVICE | 11-21-2023 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| ED NONE | DRUG EDUCATION NONE | 10-24-2023 |

## FRP Payment Plan

Most Recent Payment Plan

Exhibit C, p. 7

Case 2:20-cr-00175-TLN    Document 69-2    Filed 11/27/24    Page 8 of 13



# Individualized Needs Plan - Program Review    (Inmate Copy)
Dept. of Justice / Federal Bureau of Prisons

SEQUENCE: 02340917
Team Date: 10-25-2024

Plan is for inmate: FELKINS, KRISTY LYNN  56443-048

## Most Recent Payment Plan

**FRP Assignment:**   **COMPLT**   **FINANC RESP-COMPLETED**   Start: 09-13-2024

Inmate Decision:  **AGREED**   **$50.00**   Frequency: **SINGLE**
Payments past 6 months:   **$50.00**   Obligation Balance: **$0.00**

### Financial Obligations

| No. | Type  | Amount   | Balance | Payable   | Status     |
|-----|-------|----------|---------|-----------|------------|
| 1   | ASSMT | $100.00  | $0.00   | IMMEDIATE | COMPLETEDZ |

| Adjustments: | Date Added | Facl | Adjust Type | Reason     | Amount |
|--------------|------------|------|-------------|------------|--------|
|              | 06-11-2024 | WAS  | PAYMENT     | INSIDE PMT | $50.00 |

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $2,040.00      Payments commensurate ?   Y

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment  | Description                    | Start      |
|-------------|--------------------------------|------------|
| FTC ELIG    | FTC-ELIGIBLE - REVIEWED        | 10-24-2023 |
| N-ANGER N   | NEED - ANGER/HOSTILITY NO      | 10-25-2024 |
| N-ANTISO N  | NEED - ANTISOCIAL PEERS NO     | 10-25-2024 |
| N-COGNTV N  | NEED - COGNITIONS NO           | 10-25-2024 |
| N-DYSLEX N  | NEED - DYSLEXIA NO             | 10-20-2023 |
| N-EDUC N    | NEED - EDUCATION NO            | 10-25-2024 |
| N-FIN PV Y  | NEED - FINANCE/POVERTY YES     | 10-25-2024 |
| N-FM/PAR Y  | NEED - FAMILY/PARENTING YES    | 10-25-2024 |
| N-M HLTH N  | NEED - MENTAL HEALTH NO        | 10-25-2024 |
| N-MEDICL N  | NEED - MEDICAL NO              | 10-25-2024 |
| N-RLF N     | NEED - REC/LEISURE/FITNESS NO  | 10-25-2024 |
| N-SUB AB N  | NEED - SUBSTANCE ABUSE NO      | 10-25-2024 |
| N-TRAUMA Y  | NEED - TRAUMA YES              | 10-25-2024 |
| N-WORK Y    | NEED - WORK YES                | 10-25-2024 |
| R-MIN       | MINIMUM RISK RECIDIVISM LEVEL  | 10-25-2024 |

## Progress since last review

Since the previous review, Felkins has not enrolled in the National Parenting Program as recommended. She did however, complete nine ACE classes since her last review.

## Next Program Review Goals

It is recommended Felkins enroll in the National Parenting Program and begin Resolve Workshop by April 2025.

## Long Term Goals

It is recommended Felkins complete Resolve Workshop and begin National Parenting Program by November 2025.

## RRC/HC Placement

Recommended Placement in a range between 151-180 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources : There is an RRC near her release address.
- Offense : Murder for Hire
- Prisoner : Not seen as a management concern.
- Court Statement : FCI DUB,
- Sentencing Commission : N/A

## Comments

Felkins is approximately 1311 miles from release area and support system. Due to recent arrival, she is precluded from transferring.

Exhibit C, p. 8

FROM: 56443048
TO: Social Worker
SUBJECT: ***Request to Staff*** FELKINS, KRISTY, Reg# 56443048, WAS-A-A
DATE: 05/16/2024 05:55:55 PM

To: Ms. Gerlach
Inmate Work Assignment: EDU AID

I did my team this week, parenting is a need for me. May I please be added to the National Parenting Program?
Thank you
Kristy

```
WASAN    606.00  *    FEMALE CUSTODY CLASSIFICATION FORM   *    05-18-2024
PAGE 001 OF 001                                                    10:50:54
                         (A) IDENTIFYING DATA
 REG NO..: 56443-048         FORM DATE: 04-10-2024         ORG: DUB
 NAME....: FELKINS, KRISTY LYNN
                                   MGTV: GRTR SECU
 PUB SFTY: NONE                    MVED: 04-03-2025
                          (B) BASE SCORING
 DETAINER: (0) NONE            SEVERITY.......: (7) GREATEST
 MOS REL.: 43                  CRIM HIST SCORE: (00) 0 POINTS
 ESCAPES.: (0) NONE            VIOLENCE.......: (0) NONE
 VOL SURR: (3) VOL SURR        AGE CATEGORY...: (2) 36 THROUGH 54
 EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                         (C) CUSTODY SCORING
 TIME SERVED.....: (3) 0-25%   PROG PARTICIPAT: (2) GOOD
 LIVING SKILLS...: (2) GOOD    TYPE DISCIP RPT: (5) NONE
 FREQ DISCIP RPT.: (3) NONE    FAMILY/COMMUN..: (4) GOOD


              --- LEVEL AND CUSTODY SUMMARY ---
BASE CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY   CONSIDER
 +6   +19    -4         +2         MINIMUM        LOW            IN      DECREASE


G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

Exhibit C, p. 10

```
Register Number: 56443-048        Risk Level Inmate....: R-MIN
Inmate Name                         General Level......: R-MIN (-2)
  Last.........: FELKINS            Violent Level......: R-MIN (-2)
  First........: KRISTY           Security Level Inmate: MINIMUM
  Middle.......: LYNN             Security Level Facl..: LOW
  Suffix.......:                  Responsible Facility.: WAS
Gender.........: FEMALE           Start Incarceration..: 09/29/2023
```

**PATTERN Worksheet Summary**

| Item | Value | General Score | Violent Score |
|---|---|---|---|
| Current Age | 39 | 18 | 3 |
| Violent Offense (PATTERN) | TRUE | 1 | 3 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | HighSchoolDegreeOrGED | -6 | -2 |
| Drug Program Status | NoNeed | -9 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 8 | -6 | -3 |
| Work Programs | 0 | 0 | 0 |
|  | Total | -2 | -2 |

**PATTERN Worksheet Details**

Item: Programs Completed, Value: 8
General Score: -6, Violent Score: -3
Risk Item Data

| Category | Assignment | Start | Stop |
|---|---|---|---|
| EDC | ACEBEGSPN1 | 11/29/2023 08:00 | 11/29/2023 08:00 |
| EDC | ACEHISPARK | 02/27/2024 08:00 | 02/27/2024 08:00 |
| EDC | ACE ARCTIC | 05/13/2024 10:47 | 05/13/2024 10:47 |
| EDC | TUTOR TRNG | 05/17/2024 09:30 | 05/17/2024 09:30 |
| EDC | ACE MLK | 06/10/2024 10:47 | 06/10/2024 10:47 |
| EDC | ACE HAWAII | 07/09/2024 13:40 | 07/09/2024 13:40 |
| EDC | ACE ISLAND | 08/12/2024 10:14 | 08/12/2024 10:14 |
| EDC | ACE FIRST | 10/07/2024 07:53 | 10/07/2024 07:53 |

Item: Work Programs, Value: 0
General Score: 0, Violent Score: 0
Risk Item Data
  No Data

```
                          FSA Time Credit Assessment
                    Register Number: 56443-048  Last Name: FELKINS
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS
================================================================================

Register Number....: 56443-048        | Responsible Facility: WAS
Inmate Name                           | Assessment Date.....: 10-13-2024
  Last.............: FELKINS          | Period Start/Stop...: 09-29-2023 to 10-13-2024
  First............: KRISTY           | Accrued Pgm Days....: 380
  Middle...........: LYNN             | Disallowed Pgm Days.: 0
  Suffix...........:                  | FTC Towards RRC/HC..: 0
Gender.............: FEMALE           | FTC Towards Release.: 150
Start Incarceration: 09-29-2023       | Apply FTC to Release: Yes
--------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
09-29-2023  04-24-2024  accrue       208
  Accrued Pgm Days...: 208
  Carry Over Pgm Days: 0
  Time Credit Factor.: 10
  Time Credits.......: 60
--------------------------------------------------------------------------------
Start       Stop        Pgm Status   Pgm Days
04-24-2024  10-13-2024  accrue       172
  Accrued Pgm Days...: 172
  Carry Over Pgm Days: 28
  Time Credit Factor.: 15
  Time Credits.......: 90
--- FSA Assessment(s) ----------------------------------------------------------
#    Start      Stop        Assignment  Asn Start          Factor
001  09-29-2023 10-27-2023  R-MIN       10-24-2023 17:03   10
002  10-27-2023 04-24-2024  R-MIN       10-24-2023 17:03   10
003  04-24-2024 10-21-2024  R-MIN       04-10-2024 17:01   15
```

--- Best Case Scenario - Conditional Pre-release Planning & Preparation Only ---------------
All conditional days and conditional dates below are the individual's best case scenario given the individual's FSA/FTC status and best case SCA days as of 10-13-2024. These dates can change if there are changes to one or more of the following: the individuals FSA risk, FSA opt-in/opt-out status, or best case SCA days.

SCA DAYS ARE NOT GUARANTEED AND REQUIRE AN INDIVIDUALIZED ASSESSMENT! THEREFORE, IF A DEFAULT OF 365 DAYS IS REFLECTED, THIS DATE IS SUBJECT TO CHANGE BASED ON THE REQUIRED FIVE-FACTOR REVIEW UNDER 18 USC SEC. 3621(B). AN INDIVIDUAL WHO HAS PENDING CHARGES/DETAINERS ARE NOT ELIGIBLE FOR SCA TIME. THE FIVE-FACTOR REVIEW INVOLVES THE FOLLOWING: (1)THE RESOURCES OF THE FACILITY CONTEMPLATED; (2) THE NATURE AND CIRCUMSTANCES OF THE OFFENSE; (3) THE HISTORY AND CHARACTERISTICS OF THE PRISONER; (4) ANY STATEMENT BY THE COURT THAT IMPOSED THE SENTENCE: (a)CONCERNING THE PURPOSES FOR WHICH THE SENTENCE TO IMPRISONMENT WAS DETERMINED TO BE WARRANTED; OR (b) RECOMMENDING A TYPE OF PENAL OR CORRECTIONAL FACILITY AS APPROPRIATE; AND (5) ANY PERTINENT POLICY STATEMENT ISSUED BY THE U.S. SENTENCING COMMISSION.
---

Projected Release Date: 12-30-2027
Projected Release Method: GCT REL
FSA Projected Release Date: 08-02-2027
FSA Projected Release Method: FSA REL
FSA Conditional Release Date: 12-30-2026      4/15/2026 (put in for HH)
SCA Conditional Placement Days: 365*           6/2026 HH ....
SCA Conditional Placement Date: 12-30-2025*
FSA Conditional Placement Days: 120
FSA Conditional Placement Date: 09-01-2026
Conditional Transition To Community Date: 09-01-2025*   6 months
*Default SCA conditional placement days. This requires a five-factor review!