Matthew Bushnell
1285 Gummow Dr.
Fallon, NV. 89406

June 7, 2024

Honorable Troy L. Nunley
United States District Court Judge
501 I Street
Sacramento, CA 95814

Dear Honorable Judge Nunley,

I am reaching out to you in the hopes that you might consider my family's dire circumstances as you review my wife Kristy's situation. Recently transferred from Dublin Women's Prison to Minnesota Women's Prison, her absence has left an indelible mark on our lives, amplifying our struggles and fears to an unbearable degree. Our family once found solace in the rare moments of togetherness during visits with Kristy, but the distance imposed by her transfer to Waseca has shattered that fragile thread of hope.

As our family's primary provider, I work long and exhausting hours six days a week, often out of town, to ensure that we have the means to survive. The financial strain of supporting our family while also paying for childcare in Kristy's absence weighs heavily on me, and the costs associated with visiting her in Minnesota are simply insurmountable for us.

Our family includes me and our four children. Our oldest daughter, Emerald, is nineteen. J▮▮▮ our eldest son, is sixteen and shoulders the weight of responsibility beyond his years. Both older children grapple with the absence of their mother, as they have always had a close relationship. Each member of our family has been profoundly affected by Kristy's absence, but none more so than our two youngest boys, G▮▮▮ eight, and B▮▮▮ a year and a half. Ge▮▮▮'s frequent nightmares about his fear of his mother never returning home and B▮▮▮'s inability to bond with his mother during his formative years are heartbreaking reminders of the void left by her absence.

Furthermore, the health challenges faced by members of our extended family only add to our mounting concerns. Yvonne, my mother, urgently requires surgery to remove cancer from her face, and she will need extensive aftercare. Additionally, she has expressed that her mental health is deteriorating without support. Christina, my sister, who is currently staying with us to help with the children and household chores, suffers

**Exhibit D, p. 1**

from chronic health issues, including chronic back and foot pain. Her past medical history, including hospitalizations and the need for intensive liquid nutrition, highlights the precariousness of her situation. Christina is my mothers, caretaker and has graciously left my mother to give my family temporary support.

In addition to our immediate family's challenges, Mary, my aunt, who would potentially provide support, cannot leave due to her commitment to caring for her life partner, who is currently battling kidney disease. Mary's unwavering dedication to her partner includes accompanying him to doctor appointments, maintaining a clean diet regimen, and providing emotional, physical, and mental support.

Judge Nunley, I am acutely aware that the Bureau of Prisons may not grant a sentence reduction based on these circumstances. However, I am asking you to consider them anyway since they represent genuine and imminent threats to the well-being and stability of our family. I fear that without Kristy's support, I will be unable to meet the needs of our family, especially in the event of a medical emergency involving Yvonne or Christina.

Thank you for taking the time to consider our situation. I hope you grant Kristy the compassionate release our family desperately needs.

Sincerely,

Matthew Bushnell

**Exhibit D, p. 2**

April 15th, 2024

Honorable Troy L. Nunley

United States District Court Judge

501 I Street

Sacramento CA 95814

Dear Honorable Judge Nunley,

I am writing to address a matter of an individual under your jurisdiction, my mother Kristy Felkins. I am her eldest child and only daughter, Emerald Green.

Since my mother has turned herself in, my family and I have experienced nothing less than excruciating pain. My mother is my best friend, my mentor, and the most loving and protective parent anyone could ask for. Over the last 7 months, I have suffered mental anguish without the love and support of my mom. I dropped out of school, moved out of my family's house, and I am now trying to live on my own because I could no longer stand my home without her in it.

I had to watch my 8 year old brother wake up every night screaming due to night terrors. He has been traumatized by the physical absence of his mom. My one year old brother screamed every night and every day because he didn't have the comfort of his own mom. My 16 year old brother has fallen into a deep depression, and has turned to questionable sources of support. I now rarely see my brothers in a content state, despite the strong efforts my step dad, Matt, is putting in. Matt continues to work hard for our family, but I know he is struggling now that he is without his companion and the mother of his children.

Unfortunately, our family is not the only thing suffering with my mom's absence. Our community has lost its glue. My mom was a strong figure in our town with her eagerness to help others and offer support for anyone who needed her. We had a strong group of friends who have seemed to lose their motivation to do well without her.

I believe that if my mom were to receive compassionate release, my friends, my family, and myself could find our way again. There is nothing that I would like more than to see my brothers happy and safe again. They need their mom, and so do I. I kindly ask for your consideration of my mom's release for the betterment of our community's well-being.

Thank you for your attention on this matter.

Sincerely,

Emerald Green.

**Exhibit D, p. 3**

Jeanie Eldridge
PO Box 85
Miranda, CA  95553

September 6, 2024

Honorable Troy L. Nunley
United States District Court Judge
501 I Street
Sacramento, CA  95814

Dear Honorable Troy L. Nunley:

I am writing in support of my daughter Kristy Felkins. We are close and I love and care for her. She has always been kind and giving. Growing up she would help her parents and grandparents by doing the little things. She did well in school and received citizenship awards regularly. She was a leader and excelled in 4-H. She was always giving and there to help anyone who needed it. In Dublin and now in Waseca she tries to support her fellow inmates by tutoring, Christian support, sharing her books, and avoiding confrontation.

She is a loving mother, has four wonderful children, a loving husband and an extended family that cares. Her incarceration has put many hardships on her immediate and extended family. Her children are the ones that are affected the most by her absence. Before her incarceration she continually did educational activities with her children such as sports, field trips to museums and historical sites. In her absence, the children are struggling with their education. Family is helping as much as possible, but we all have other challenges that make it difficult for us to give them the attention they need. For me, Kristy's younger sister passed away in March 2023 leaving behind her six-year-old son who is now under my care. Also, my husband's father is living with us and requires regular daily care.

Fortunately, she was located at Dublin FCU which was within driving distance for her husband, children, and extended family. This gave the younger children the opportunity to be face to face with their mother and receive her affection. Moving her to Waseca, clear across the country has made it impossible for those visits. This move has increased Kristy's blood pressure to alarming levels. Our family has a history of high blood pressure and heart disease, and I am concerned for her wellbeing.

It is a shock and out of her normal character to do harm to anyone or anything. She has had several years of focused counseling and church involvement to help her rehabilitate prior to incarceration. At Dublin and now in Waseca she continues to take classes and support fellow inmates. She does her best to be an inspiration in a stressful situation. I do not feel that Kristy is a threat to society and hope that you take her normally sweet and loving character into consideration when reviewing her case.

Thank you for your consideration.

Sincerely,

*Jeanie Eldridge*
Jeanie Eldridge

**Exhibit D, p. 4**

Mary Bushnell
460 P Street
Lincoln, CA 95648

June 10, 2024

Honorable Troy L. Nunley
United States District Court Judge
501 I Street
Sacramento, CA 95814

Dear Honorable Judge Nunley,

I am writing to you with a heavy heart, urging you to consider the compassionate release of my niece, Kristy Felkins who is currently serving her sentence in Minnesota. Since her incarceration in September 2023, the impact of her absence has been deeply felt by her family, especially her husband and two young boys, aged 8 and 1.5 years old.

I am sure you are aware that the formative years of a child's life, especially between the ages of 1 and 5, are crucial for their development, and Kristy's absence during this time has deprived her youngest son, E███ of the love, care, and guidance that only a mother can provide. Additionally, her husband and children are struggling emotionally and mentally with her absence, and they are not coping well with the separation.

As Kristy's aunt, I am deeply concerned about the toll this situation is taking on her family, particularly given their other challenges. I am unable to provide the support they need due to my responsibilities, which include caring for my life partner, as he is currently battling kidney disease. Additionally, I manage the care of my life partner's adult grandson, who is mentally impaired and requires full supervision.

My brother, Matt's Father has multiple sclerosis and cannot travel to be of any assistance. Matt's Mother has cancer and needs surgery as well as mental health issues and is in constant contact with my niece, Christina (Matt's sister). Christina has been her mother's caretaker, but since Kristy's sentencing has moved 255 miles away to assist her brother with the younger children. Christina has her own health issues, being hospitalized last year and almost dying. I fear it is only a matter of time before she will no longer be able to assist Matt with the children. Given the circumstances, I believe that Kristy would benefit significantly from being placed on house arrest. Not only would it allow her to reunite with her family and provide the support they desperately need, but it would also alleviate the strain and hardship they are enduring. Kristy has

**Exhibit D, p. 5**

demonstrated good behavior during her time in custody. She has taken educational courses as well as assisting other inmates with their learning. I believe, as I hope you do, that she deserves the opportunity to rebuild her life while fulfilling her sentencing as well as her responsibilities as a mother and wife.

I urge Your Honor to consider the profound impact granting compassionate release to Kristy would have on her family. It would provide them with the stability, love, and support they need during this challenging time and allow Kristy to continue her rehabilitation in a supportive environment.

Thank you for your attention to this matter, and I hope you will consider my niece's request for compassionate release.

Sincerely,

Mary K Bushnell

**Exhibit D, p. 6**

Christina Bushnell
1285 Gummow Drive
Fallon, NV 89406

Honorable Troy L. Nunley
United States District Court
Eastern District of California
Sacramento, Ca 95814

Dear Judge Nunley,

My name is Christina Bushnell, sister to Matt Bushnell, Kristy Felkins' Husband. I write to you today with a hopeful heart. It is my hope that you may see me in the role I now play in our family dynamic, a scenario which is centered around an important missing figure in the household, my beloved sister-in-law Kristy Felkins. Some things have taken place since sentencing in September 2023, that have impacted my life. My life, which now must be put on hold for the sake of my brother's life and his children. Though I understand that you no doubt receive many letters from family members of incarcerated individuals, I felt still that you should know of my predicament with regards to my sister-in-law's incarceration in the case that it may be within your power to alter her sentencing and grant a compassionate release or something equivalent. Perhaps my plea for such on its own merit wouldn't have much bearing, but perhaps when added to the other letters it might offer an insight that may bring about a positive change.

In December of last year, I became a displaced person, going to stay at Matt and Kristy's house, with only a 48 hour notice. Let me explain. Their initial plan when Kristy went into prison in September 2023 was to have her eldest daughter care for her children E▇▇ (1.5) and G▇▇ (8), in Kristy's absence. Unfortunately, after only 2 months of caring for the boys, her very young adult daughter suffered a mental-emotional breakdown. Though Emma thought herself ready and capable, Emma suffered this breakdown due to assumed duties of parenthood, the recent trauma of losing her mother to prison, unforeseen impact on her social life, all while trying to maintain good grades in her online college courses. All of this, as well as navigate the complexities of raising her young brothers, homeschooling the 8 year old, and maintaining the home and farm animals was just too much to bear for Emma as it would be for anyone. Emma now sees a counselor weekly to bring about emotional wellness regarding the emotional, physical, and psychological childhood trauma inflicted by her father, being held by gunpoint in cuffs by SWAT at 13, and the recent loss of her mother Kristy, to prison. Now Emma focuses on taking care of herself, her job, and her life goals. She has me to encourage her and to help her when and where I can, but alas I feel that I am a poor substitute at best, for her missing mother. As you might agree, there is just no substitute for a mother's love and care.

As for me, I feel quite conflicted with the situation at hand. I have been putting off extensive medical procedures and tests. I have severe endometriosis that is very debilitating. At least 3 times a month, I am doubled over and incapacitated due to the severe pain. I have had many abdominal surgeries in the past and was on TPN for over 1.5 years due to a stomach ulcer which would not allow me to eat or drink without severe pain. I have also had a perforated intestine where I almost lost my life. All of this has left a lot of scar tissue and now the endometriosis has spread beyond my uterus and has attached itself to my intestines. Therefore I will have to have a full hysterectomy at age 39. The recovery time for this surgery alone is 6-8 weeks, not including all the testing and appointments that need to happen before hand. I don't know if I will be able to keep taking care of the children especially if I keep having all these medical problems which are going to continue to get worse if not taken care of. There is no other adult to take my place as the children's caregiver.

I have lived with my mom for several years. She is a teacher and soon to retire, but may have to sooner than expected due to health reasons. She's suffered back issues for years and it has recently become severe enough to require surgery yet again due to broken off vertebrae in her spine. Unfortunately, she isn't able to do housework, grocery shopping and make meals, do errands, home maintenance, or maintain bills, as I used to do those activities in order to help out while

**Exhibit D, p. 7**

my mom worked, and now she isn't able to step in where I left off due to her worsened situation. I would also do things to alleviate her suffering in the past such as rub her legs or help with oxygen. Due to the pain, she is able to work and come home, but do little else. I still try to maintain her bills from afar via computer, but I can no longer be there for anything else. She has an appointment with the UCSF surgeon, but when it comes to the day of surgery she will not have a driver or anyone to help with aftercare, so it is doubtful she will be able to have surgery until I am free to come home and assist. She has already had to cancel her appointment this month for a spine block that the care team was to put in her spine to alleviate some pain, due to lack of driver. She has an appointment to take care of a cancer issue beginning in June, but even that has had to wait until school is out as she didn't feel she could work all day and deal with that. She has insisted that I remain for the sake of my brother and their children. If not for me, my brother would have no one to even talk to regarding Kristy, the kids, everything. He only has me and my mom. But, in hard times we all pull together as a team, and these are the worst of times.

As you might imagine, I'd like to be there for my suffering mother, but I know that I am needed far more here at Matt and Kristy's home raising their small children, encouraging and supporting the teenagers Emma and Jayden, encouraging Matt, and maintaining the home and farm. My brother, Matt, must continue to work and support his family. Therefore, as much as he would never want to ask, he must ask for my help right now. The cost of daycare alone would sink the family financially. There just is so little left over at the end of the month as it is, and we live very modestly and humbly. Anything extra we had, Matt used to pay for the family to go see Kristy in Dublin, even then my mom supplemented to help us into a hotel so the kids could see her both Saturday and Sunday. Now that she's in Minnesota, the family is destroyed and I can't even imagine the affects on Kristy's mental health. I don't know how she is balancing the shame and disgrace she must feel and the heartache over what she knows her children and husband are enduring. I can tell you honestly that she suffered a mental break with reality, yet she feels it was her hand that did it, therefore she must suffer a consequence.

So, my question, Your Honor, is if it is within your power to provide a compassionate release for my sister-in-law, Kristy Felkins, and would you consider it please? I have never had children, so I have had to learn as I go here. I can cook, clean, and supervise, but I wish I knew better how to help G█████ who is 8 years old with his night terrors that has begun in his mother's absence, and what say when expresses fear that his dad and I might leave too. If there is something within your power to do, would you do it, please to reunite this family? If she can be compassionately released even for her own mental health and rehabilitation, due to overcrowding or understaffing...Well, I'd like to humbly ask Your Honor to consider any and all options regarding the incarceration of Kristy Felkins. We, her family, would be forever grateful.

Thank you for your thoughtful consideration of my letter.

Sincerely,

*Bushnell*
Christina Bushnell

**Exhibit D, p. 8**

Yvonne Bennett

2864 Honeysuckle Circle

Antioch, California 94531


Honorable Troy L. Nunley                                                June 1, 2024

United Staes District Court

Eastern District of California

Sacramento, Ca 95814


Dear Judge Nunley,


My name is Yvonne Bennett. I am Matt Bushnell's mother, mother-in-law to Kristy Felkins. I am writing to you in hopes that information that I might relay to you today would result in your consideration of at best a Compassionate Release for Kristy, a modified sentence to include home monitoring i.e ankle bracelet with supervision, or a reduction in sentence that would ensure her to be moved closer to home where she can see her children and her children may be with her. You would certainly know more about what is possible than I would know. I apologize for my clumsy request. I don't know the law and I'm not sure what to ask of Your Honor. Thank you for taking the time to read through my letter.

Kristy has been moved from Dublin, California where she lived at a minimum-security prison, to a low- security prison in Minnesota where she resides in a basement cell due to overcrowding. She is unable to see her children, husband, or anyone due to the incredible cost for her family to travel so far. She sinks deeper into despair daily, as do her children, her husband, and the rest of us. While others who were sentenced to those locations see family during visiting days, Kristy waits in silence for visiting to pass. You had sentenced her to be as close to home as possible either Dublin or Victorville. This change has come due to the sudden closing of FCI Dublin, which I am sure you would have heard about. Kristy was blessed to be in Dublin. Kristy reported that the guards were very kind, she had been given a job, helping others, which she excelled at, she was part of some groups, and had just started college to become a Christian Counselor with some side courses in Paralegal.  She was also very helpful to her cellmates and others who came to her often for prayer and encouragement. I know that she is trying to maintain her college courses despite the move. However, all else has been lost. I am very, very concerned about her mental state as she is severely affected by the inability to have visitation with her loved ones. They are reduced to loud calls and rare video calls that are hard to hear. While at Dublin she was allowed video calls 3 times per week and visitation on weekends, now it's one video call and no visitation.  Dublin was faced with placing 600 women across the country, so it would make sense that each facility has been impacted greatly.  It is my understanding however, that being close to family helps with mental health and rehabilitation, and that this is a big consideration when incarcerating individuals. Again, you'd know

**Exhibit D, p. 9**

more than I would. Yet, to deny a woman her family throughout her incarceration seems especially cruel not only for the incarcerated person, but for her young children as well. I am concerned for Kristy as she was doing so well, and now not very well at all. As for my grandson G▇, her 8 year old boy, I am particularly concerned as he has taken to bed-wetting and enduring nightmares on related topics such as dreams of his dad leaving suddenly, or his teenage brother and sister, or his Aunt Christina who now takes care of him along with her brother Matt who must work to keep the family afloat. Her 2 year boy, is undoubtedly losing his connection to his mother with the passing of time that he is unable to stay connected through visitation. All of this weighs on Kristy as well, as she is unable to do anything about it. Now, there are probably those who may think that she should have thought about all of this before she committed the crime. However, we know through Dr. Barnes' testimony that Kristy was suffering postpartum psychosis at the time, which due to her detachment with reality created the scenario in which she now finds herself. Kristy had never committed a crime prior to this event. She was raised to be law-abiding, just as she raises her own children to be. It is for these reasons that I hope that you might find a reason to help in this matter.

About me, I am 62 yrs old, a disabled person these past 20 yrs, and I am currently attempting retirement from the teaching field. As I wrap up what I hope is my last year of teaching, I am conflicted as I find I need help not only in this endeavor, but also with the surgery that I have put off this year. I have a severely herniated disc now and it is made worse by the bone that has broken off of the disc and is currently floating in my spine. My condition is so painful that I am no longer able to perform the duties of caring for myself, housekeeping, and errands. Since this situation began earlier in the year, I've been able to get to work, teach, and that has been about it. I will see Standford Medical Center soon where they will explain the surgery, but I know already that I am not able to set a date with them due to the fact that I have no one to drive me to the surgery nor anyone to stay with me during my aftercare. My daughter, Christina Bushnell, used to live with me here in the Bay Area and it wouldn't have been a problem then. However, as of the last many months now she has been taking care of Kristy's children in Kristy's absence. I have never really had anyone else to rely on other than her. Therefore, my surgery will have to continue to wait until Kristy is able to care for her own children, and my daughter is able to return home. To add to this, I am trying to get myself into a position to sell my house and move to Nevada to help my family in this crisis. Yet, I cannot move because I cannot lift anything, nor clear, nor get rid of things. This is all quite depressing. I would be able to move, but my son is working and my daughter cannot leave the children. My daughter, Christina, is in need of surgery as well, a very sad surgery in that she has not had her children yet, but a hysterectomy is very necessary. Normally, we would pull together and schedule surgeries to help one another. Yet, given the circumstances we can't.

So again, I am requesting that you might consider a Compassionate Early Release for my daughter-in-law Kristy Felkins, or a modified sentence to include some form of Home Supervision via an ankle monitor. Though Kristy was not a criminal prior to the event of 2016, I would so not like to see her become hardened by a prolonged prison sentence where she is unable to see her family. I don't want her to give up in despair without hope. I hope that Your Honor can and will do something to help Kristy, bring her close to home, or dare we even imagine put her on an ankle monitor with community service for however long Your Honor deems necessary. Your kindness will never be forgotten. I can guarantee that. Thank you very much Your Honor. My number 530-521-4006.

Yvonne Bennett

*Y Bennett*

**Exhibit D, p. 10**

April 27, 2024

Dear Judge Nunley:

I am writing this letter in support of my granddaughter, Kristy Felkins, Fed. No. 56443.048 and requesting a Compassionate Release back to her husband and four children who reside in Fallon Nevada. Her incarceration has been a tremendous hardship on the family. Her unexpected transfer to Minnesota has been very traumatic as her family cannot afford the travel expenses to visit her. It was difficult when she was located at Dublin.

I have had close ties with Kristy since she was a baby. I know what an honorable person she always has been. She has had no other problems with law enforcement and she had created no problems at Dublin. I understand her psychiatrist had determined she was experiencing a mental breakdown due to her ex-husbands continual abuse and his affair with her best friend when she made a bad decision, which was contrary to her normal character. She and her family are being severely punished for that one misguided action.

On Saturday, April 13, her mother and I had a wonderful visit where she shared the many positive things she was doing at Dublin, such as tutoring other inmates, taking online classes, and exercising with her "Bunkie". She was looking forward to a visit from her husband and children the next weekend. The following day, it was announced Dublin would close and all women would be removed. This has been a traumatic experience for all of us, especially not knowing what was to happen and where she would be sent.

We were all very upset that she was sent to the prison in Waseca, Minnesota, many miles away from us. The distance and travel costs are prohibitive for us to visit her. I along with the rest of her family am devastated. Her four children are very close to her and are suffering the most.

I understand letters written in her support from their community, friends, and family were "misplaced" and only a few of us were able to rewrite letters prior to her trial.

Please consider our family and Kristy's circumstances, and bring her back home.

Thank you for your consideration.

Sincerely,

Karan Jo White,
Kristy's grandmother

**Exhibit D, p. 11**