# Waseca Walkers
# Certificate of Completion
## 100 HOURS



awarded to

## Felkins

in recognition of
your dedication, hard work, and achievement

_J. Stadler_, Wellness Coordinator

10/27/2024
Date

**Exhibit F, p. 1**

