# School for Evangelism and Discipleship
A Division of Global University–ICI

## This is to certify that

### Kristy Felkins

has satisfactorily completed the course

### Who Jesus Is

On this __24th__ day of __September__, __2024__

*Chaplain ꟼ. A. Anderson*
DIRECTOR

**Exhibit G, p. 1**

# INTERNATIONAL CHRISTIAN COLLEGE and SEMINARY

Colegio Biblico Internacional y Seminario

October 11, 2024

Kristy Felkins #56443-048
FCI Waseca
PO Box 1731
Waseca, MN 56093-0831

Dear Kristy,

I hope this letter finds you well and in good spirits as we continue our journey of faith together. It is my privilege to walk with you through these months as you pursue your studies and grow in your relationship with God. This month, I want to challenge you with a question: **Do you know the difference between a problem and a fact of life?**

A fact of life is something unchangeable. For example, if you lose a limb, it won't grow back. It's a reality that must be accepted. But, so often, we treat problems like they are facts of life. When you hear a life sentence from a judge, it may seem like the final word—a fact that cannot be changed. But I want to encourage you today: with God, no problem is a fact of life.

As Luke 1:37 tells us, **"For with God nothing will be impossible."** You may have been sentenced to a life behind bars, but that is not the final word. God has the power to transform your situation. Whether it's through the redemption of your soul, reconciliation with others, or even miracles we cannot predict, **God is in the business of breaking chains**—both spiritual and physical.

Jeremiah 32:27 reminds us, **"I am the Lord, the God of all mankind. Is anything too hard for me?"** No matter how bleak your situation appears, God can intervene. What seems impossible in the eyes of the world is simply an opportunity for God to display His greatness.

Let us not forget the words of **Romans 8:28**, which tell us that **"in all things God works for the good of those who love him, who have been called according to his purpose."** You may be facing trials, but God is at work in your life. He can turn any problem into a testimony of His grace and power.

In closing, I encourage you to keep your eyes fixed on the eternal truth that **our problems are temporary** (2 Corinthians 4:16-18). We serve a God who is bigger than any problem, any sentence, or any mistake we've made. He is a God of hope, transformation, and new beginnings.

Q: I pray this course find you well. Thank you for your part in making this learning opportunity available to me and others in similar situations.

A: *Yes, we have received your completed courses and appreciate your dedication to your studies. Your grades for these courses are included with this letter. Thank you for your kind words, and we are grateful to be part of your learning journey.*

Providing Educational Excellence Since 2007

P.O. BOX 530212
DEBARY, FL 32753-0212
Website: http://icescampus.org
Email: info@icescampus.org
Tel No: 877.391.3741

Exhibit G, p. 2

**Comment:**
I'm truly amazed by the dedication and effort you've put into your work. Your precision and the care you've shown in every detail reflect a deep commitment to excellence. You've earned this success through your hard work, and it's a well-deserved achievement. Congratulations!

**The Epic of Eden by Sandra L. Richter – 263 pages-Your grade is A**
*Thank you, Kristy, for sharing your detailed and insightful analysis of Sandra Richter's "The Epic of Eden." It's truly inspiring to see how deeply you engage with the material, drawing thoughtful connections between the Old Testament's intricate structure and God's overarching redemptive plan for humanity. Your ability to break down complex theological concepts and relate them to historical context and personal reflection is commendable. By exploring themes like God's intent to dwell with His people, the significance of ancient family structures, and the role of Jesus as the ultimate redeemer, you've successfully made these profound ideas more accessible and relatable.*
*Your reflection on how the Old Testament can feel like a "messy closet" and your journey to organize it with a clearer understanding is compelling. The way you connect that metaphor to the human heart and life before encountering God brings a personal and transformative dimension to your analysis. Additionally, your emphasis on the importance of God's love, the weight of redemption, and our role as His image-bearers beautifully captures the essence of the biblical narrative. You've done an outstanding job bringing the Old Testament to life in a way that not only informs but also inspires. Keep up the great work!*

**Reading the Old Testament by Lawrence Boadt – 528 pages-Your grade is A**
*Good going, Kristy! I truly appreciate your insightful and comprehensive summary of "Reading the Old Testament" by Lawrence Boadt. Your reflections on this important work are both profound and inspiring. It is clear that you approached the book with an open heart and mind, allowing its rich historical context and spiritual insights to deepen your understanding of the Old Testament. You've done a remarkable job of conveying Boadt's emphasis on the importance of understanding the ancient world, its people, and its cultures to fully grasp the Old Testament's message. Your reflections show how your perspective evolved through this process, from grappling with the complexities of ancient societies to discovering the enduring relevance of the Old Testament in today's world.*
*It's particularly inspiring to see how you connected the Bible's consistency and unifying message with the evidence of God's omnipresence and redemptive love. Your recognition of the interconnectedness of ancient civilizations and their influence on the Biblical narratives speaks to your deep engagement with the text. Moreover, your appreciation for the Bible's unifying themes and Boadt's exploration of God as the one true God of all creation highlights your growing faith and understanding of Scripture.*
*By embracing the lessons and wisdom of Boadt's work, you've not only deepened your faith but also demonstrated a commitment to exploring the timeless truths of the Old Testament. Your journey from initial struggles to a stronger faith and more profound appreciation for God's word is a powerful testament to the transformative power of Scripture. Keep nurturing this connection, and continue allowing these insights to guide you on your spiritual journey. Your thoughtful reflections will undoubtedly inspire others to explore the Old Testament with the same curiosity and devotion.*

**Tiny Beautiful Things by Cheryl Strayed – 400 pages- Your grade is A**
*Thank you, Kristy, for sharing your thoughts on "Tiny Beautiful Things" by Cheryl Strayed. Your insights into Sugar's character and her responses to the letters are compelling, particularly the contrast between her brashness and the deeper themes of love, forgiveness, and choice that resonate with biblical principles. I also find it interesting that you anticipated a more overtly religious approach but instead appreciated the underlying messages. Your reflections on specific letters, particularly those addressing infidelity and trauma, underscore how Strayed's insights align with themes of healing and self-discovery found in scripture. Great work! I encourage you to keep exploring the connections between different perspectives on love, struggle, and healing. Whether through literature, personal experiences, or faith, delving into these themes can enhance your understanding of yourself and others. On the other hand, your writing is thoughtful and engaging, with strong links between the themes in the book and biblical principles. Sharing your own experiences adds authenticity to your analysis, inviting readers to connect with your journey and gain a deeper understanding of your perspective. To improve clarity, consider breaking your thoughts into distinct sections or paragraphs, each focusing on a specific theme or idea. This will help guide the reader through your reflections more smoothly. Continue to embrace areas for growth and find joy in your learning journey! Stay dedicated, and may God bless you and your loved ones abundantly!*

**From the Core by Cordila Jochim – 328 pages- Your grade is A**
*I want to commend you, Kristy, for your hard work and dedication in completing your paper on "From the Core" by Cordila Jochim. You effectively capture how Cordila's journey, much like that of biblical figures, is grounded in the necessity of trusting God during trials, uncertainty, and personal challenges. Your reference to Cordila's statement, "The enemy of destiny is distraction," truly resonates. You highlight how distractions can be subtle and often seem justified, yet they ultimately lead us away from God's purpose. The frog-in-boiling-water metaphor you used is particularly striking, illustrating how easily we can lose focus on our faith. Overall, you skillfully weave together biblical references, personal reflections, and Cordila's journey, inspiring readers to deepen their faith and step out in courage, trusting in God's plan. Thank you for sharing these wonderful insights. Like Peter stepping out onto the water, I hope you find the courage to take bold steps in your life, trusting that God will support you. Even when distractions and fears arise, may you keep your eyes fixed on Jesus, knowing He will lift you above the waves when needed. Great job! As you invest your time and energy in furthering your education, may God bless your efforts and multiply them for His glory. Take care, and Godspeed!*

**Goliath Must Fall by Louie Giglio – 272 pages - Your grade is A**
*Kristy, I'm glad to see that you've delved deeply into Louie Giglio's "Goliath Must Fall." You've thoughtfully highlighted how Giglio draws from the biblical story of David and Goliath to address the giants we face in life—fear, anger, rejection, comfort, and addiction. It's insightful that you recognize how these giants often slip into our lives in subtle ways, like how comfort can lead to complacency or how rejection can fuel the need for approval. Your nuanced understanding not only reflects your personal engagement with the material but also how these ideas resonate in your own life. Even more profound is your reflection on Galatians 5:16, emphasizing that walking in the Spirit allows us to overcome the desires of the flesh and silence the giants that try to distract us. Your grasp of spiritual growth as a gradual journey—listening and obeying God one step at a time—beautifully aligns with Giglio's message of trusting in God's plan, rather than relying on our own strength. Thank you for sharing such enlightening ideas in your paper. I hope you come to see these giants—whether they manifest as fear, anger, rejection, comfort, or addiction—as already defeated. And since you've mentioned that pain contributes to the strength of your giants, I also pray that you experience healing in areas of emotional, relational, or physical pain. By surrendering that pain to God, I believe you will find relief, as Christ not only conquers your giants but also carries your burdens. Keep up the excellent work! May God bless your efforts and grant you clarity and focus as you pursue your academic goals. His grace is more than sufficient for every challenge you face. God bless!*

We are so proud you have chosen the path you are on right now. We believe you are in God's hands. He brought you to this moment, this place, and this school because He has great things in mind for your future.

May the Lord Bless You and Keep You, and Make His Countenance to Shine Upon You.

Keep the Faith,

*William McCorkle*
Professor McCorkle

*The reason most people never achieve their dreams is because they simply give up. Life was never meant to be easy - it's a constant struggle, with extreme lows and extreme highs. Remember that the times when it's most important to persevere are the times that you will be most tested.*

# INTERNATIONAL CHRISTIAN COLLEGE and SEMINARY
Colegio Biblico Internacional y Seminario



June 11, 2024

Kristy Felkins #56443-048
FCI Dublin
5701 8th St
Dublin, CA 94568-3305

Dear Kristy,

I greet you in the name of our Lord Jesus Christ. I write to you today with a message of hope and encouragement, inspired by the powerful story of Shammah in the Bible.

In 2 Samuel 23:11-12, we learn about Shammah, a mighty warrior who stood his ground in a seemingly insignificant pea patch. Shammah "stood." He proposed in his heart to fight for his pea patch. He would not run away this time, but he would fight for what God had given him and defend the rights of his people. He decided his pea patch was well worth fighting for, even if it meant his life.

This story is more than a tale of bravery; it is a profound lesson in faith and determination. Shammah's courage reminds us that even in the face of overwhelming odds, we can stand firm and defend what is precious to us. For Shammah, it was a field of lentils. For us, it is our faith and our hope.

Your current situation may feel like a battleground, and it may seem as though the enemy is trampling over your "pea patch" – your dreams, your dignity, your hope. But I want to remind you that, like Shammah, you have the power to stand firm. You do not have to run away or hide from the challenges you face. Instead, you can choose to stand in the middle of your "lentil field" and fight with the strength that God provides.

This fight is not physical; it is spiritual. It is a fight to maintain your faith, your hope, and your sense of self-worth. It is a fight to remember that you are a beloved child of God, regardless of your circumstances. It is a fight to hold on to the promises of God, knowing that He has a purpose and a plan for your life.

In Ephesians 6:13, we are encouraged to "put on the full armor of God, so that when the day of evil comes, you may be able to stand your ground, and after you have done everything, to stand." God equips us with everything we need to stand firm in our faith, even in the most difficult situations.

As you navigate this challenging season, know that you are not alone. God is with you, and He is for you. Your faith can be a beacon of hope and strength, not only for yourself but for those around you. When you stand firm, you inspire others to do the same. When you hold on to hope, you become a light in the darkness.

Remember, Shammah did not stand alone. His courage and determination were fueled by his faith in God. Likewise, your strength comes from the Lord. He sees your struggle, He hears your prayers, and He is with you every step of the way.

**Comment:**
I want to acknowledge your exceptional efforts. Your diligence, originality, and attention to detail are evident in every aspect of your work. Congratulations on a job very well done!

Providing Educational Excellence Since 2007

P.O. BOX 530212
DEBARY, FL 32753-0212
Website: http://icescampus.org
Email: info@icescampus.org
877.391.3741

Exhibit G, p. 5

### Trusting God Study Guide: Even When Life Hurts by Jerry Bridges - 215 pages- Your grade is A

Thank you, Kristy, for sharing your profound learning experience from studying the book "Trusting God Study Guide: Even When Life Hurts" by Jerry Bridges. Your reflections are deeply personal and reveal a nuanced understanding of the interplay between faith, suffering, and personal growth.

You acknowledge that trusting God during hardships is a deliberate choice, yet you also highlight the emotional barriers that can make this difficult. This duality is a common struggle for many believers, where the heart and mind are often at odds. Also, your candidness about battling depression and feeling overwhelmed by life's challenges adds a layer of authenticity to your reflections. The metaphor of treading water and the temptation to let the current take over is powerful, illustrating the intense struggle between despair and hope.

Furthermore, you conclude that trusting God does not eliminate pain but imbues it with purpose. Faith in God's sovereignty assures you that suffering is not in vain but is used for His glory and your good. This perspective offers a foundation for enduring trials with hope and trust.

Overall, your reflections beautifully demonstrate the transformative power of faith and the enduring hope that stems from trusting in God's plan, even amidst life's most daunting challenges. They offer solace and inspiration to those facing similar struggles, reminding them of the strength and comfort found in God's unwavering presence.

Your work is truly outstanding! I encourage you to continue cultivating the fruits of the Spirit—love, joy, peace, patience, kindness, goodness, faithfulness, gentleness, and self-control—through your life experiences. May each trial mold you into a more Christ-like individual. As you delve deeper into your studies, may God grant you the perseverance to overcome obstacles and the courage to seize new opportunities. Keep up the excellent work, and may God shower you with abundant blessings!

### Theology of Christian Counseling, A Part of: Jay Adams Library (6 books) by Jay E. Adams- 352 pages- Your grade is A

Great job, Kristy! Your essay on "Theology of Christian Counseling, A Part of: Jay Adams Library (6 books)" by Jay E. Adams is impressive. You've provided a thorough analysis of its content, emphasizing the central role of God and His Word in Christian counseling. Your insights underscore the importance of a deep understanding of scripture for both counselors and counselees. Additionally, you've touched upon key themes such as dependency on God, the consequences of the fall, and the practical application of biblical principles in counseling sessions.

You've also highlighted the responsibility of counselors to guide their counselees using biblical truths, steering clear of misleading advice, and instilling confidence in decision-making through a scriptural lens. This highlights the transformative potential of integrating theology with counseling practices, fostering spiritual and emotional growth.

Thank you for the profound insights you've shared in your paper. I trust that your journey in Christian counseling will continue to evolve, deepening your grasp of God's Word and its transformative power in helping others. May your path be marked by fulfillment and joy as you accompany others toward healing and wholeness, embodying God's love and grace in every step.

Keep up the stellar work! Let your dedication to learning be a reflection of your commitment to honoring God with your mind, heart, and soul. Take care, and may God abundantly bless you and your loved ones!

### When People Are Big and God Is Small by Edward Welch- 256 pages- Your grade is A

Kristy, your reflections on "When People Are Big and God Is Small" by Edward Welch offer a profound understanding of the book's message. It seems you've grasped its central theme—that the fear of man can eclipse our reverence for God—and its broader societal implications. Your takeaway echoes the book's call to reorient our hearts and minds toward God, recognizing His supremacy and sovereignty. By doing so, we diminish the grip of human approval and worldly concerns, allowing God to reign large in every aspect of our lives.

Thank you for the insightful message you impart in your paper. As you embody the principles of putting God first and trusting in His provision, may your life serve as a beacon of hope and inspiration to those around you. May your example encourage others to also seek God above all else, leading to transformation both individually and societally.

On a different note, your writing effectively synthesizes the key concepts of the book, demonstrating a deep understanding of its themes and messages. Your use of biblical references adds depth and authority to your analysis, grounding your reflections in scriptural wisdom. These citations not only support your arguments but also enrich your interpretation by drawing upon the teachings of the Bible.

**Exhibit G, p. 6**

*Keep up the impressive performance! May your academic journey be marked by a spirit of humility, recognizing that true wisdom comes from a reverence for God. Stay motivated always and may God bless you in abundance!*

The Case for Christ: A Journalist's Personal Investigation of the Evidence for Jesus by Lee Strobel - 336 pages-Your grade is A

*Kristy, it's evident that you have thoroughly explored "The Case for Christ: A Journalist's Personal Investigation of the Evidence for Jesus" by Lee Strobel. Your reflection is both strong and deeply personal, making it compelling and relatable. It beautifully captures your personal journey, highlighting how the book has profoundly impacted your life. The inclusion of your past experiences with psychology and counseling adds authenticity and depth to your narrative.*

*Your essay also demonstrates a deep sense of empathy and compassion, particularly when discussing Jesus' suffering and its emotional impact on you. This compassion is a crucial quality for a Christian counselor and adds a heartfelt dimension to your reflections. It shows that your desire to help others is rooted in a profound understanding of and empathy for human suffering.*

*Thanks for sharing your insights! I hope your journey and experiences inspire others in your community. By discussing the profound impact "The Case for Christ" has had on you, you may encourage others to explore their faith more deeply and consider the role of Christ-centered approaches in their own lives.*

*Keep up the good work! As you embark on your academic journey, may God grant you wisdom and understanding to grasp the knowledge set before you. Stay safe always and find joy in learning! Have a blessed day ahead!*

We are so proud you have chosen the path you are on right now. We believe you are in God's hands. He brought you to this moment, this place, and this school because He has great things in mind for your future.

May the Lord Bless You and Keep You, and Make His Countenance to Shine Upon You.

Keep the Faith,

*William McCorkle*
Professor McCorkle

*The reason most people never achieve their dreams is because they simply give up. Life was never meant to be easy – it's a constant struggle, with extreme lows and extreme highs. Remember that the times when it's most important to persevere are the times that you will be most tested.*

**Exhibit G, p. 7**

Case 2:20-cr-00175-TLN   Document 69-6   Filed 11/27/24   Page 8 of 18

# Blackstone Career Institute℠

SINCE 1890

PO Box 3717, Allentown, PA 18106-3717

## GRADE REPORT

July 1, 2024

Kristy Felkins  56443-048  
F.C.I. Unit A  
PO Box 1731  
Waseca  MN  56093

Student #:   08064265

Dear Kristy:

The grade(s) indicated below have been entered into your permanent academic record earlier today. Your answer sheet will be retained by Blackstone for 30 days should you have any questions regarding your score.

If you find references listed below, we suggest you go back to these pages and review the material. While you did receive a passing grade, we want to ensure you fully comprehend this subject matter. By reviewing the areas of your lesson indicated below, you can better understand those questions you did not answer correctly. The reference directs you to a page number and section heading where you can find the material needed to review and take your re-test successfully.

Please note: Any references below with an answer of 'O' are questions you did not supply an answer for or for which you marked multiple answers. Skipped questions adversely affect your exam grade. Please try your hardest to answer every question on future exams and please only mark one answer per question. Thank you!

```
EXAM0108A      PARALEGAL EXAM #8                                      95%
  Ques #   Your Ansr/Pts    Corr Ansr/Max    Reference
       2   D                B                p. 184 "General Discussion of Subject"
```

cc: Student File #08064265


DLS  
A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034  
email: info@blackstone.edu   www.blackstone.edu

Exhibit G, p. 8



# Blackstone Career Institute

PO Box 3717, Allentown, PA 18106-3717

## GRADE REPORT

June 3, 2024

Kristy Felkins  56443-048
F.C.I. Unit A
PO Box 1731
Waseca  MN  56093

Student #:    08064265

Dear Kristy:

The grade(s) indicated below have been entered into your permanent academic record earlier today. Your answer sheet will be retained by Blackstone for 30 days should you have any questions regarding your score.

If you find references listed below, we suggest you go back to these pages and review the material. While you did receive a passing grade, we want to ensure you fully comprehend this subject matter. By reviewing the areas of your lesson indicated below, you can better understand those questions you did not answer correctly. The reference directs you to a page number and section heading where you can find the material needed to review and take your re-test successfully.

Please note: Any references below with an answer of 'O' are questions you did not supply an answer for or for which you marked multiple answers. Skipped questions adversely affect your exam grade. Please try your hardest to answer every question on future exams and please only mark one answer per question. Thank you!

| | | |
|---|---|---|
| EXAM0103A | PARALEGAL EXAM #3 | 100% |
| | ** No Review Required.  Excellent work! ** | |
| EXAM0104A | PARALEGAL EXAM #4 | 100% |
| | ** No Review Required.  Excellent work! ** | |

cc: Student File #08064265

DLS — A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu



Exhibit G, p. 9

**Blackstone Career Institute**

PO Box 3717, Allentown, PA 18106-3717

# GRADE REPORT

July 16, 2024

Kristy Felkins  56443-048  
F.C.I. Unit A  
PO Box 1731  
Waseca  MN  56093

Student #:     08064265

Dear Kristy:

The grade(s) indicated below have been entered into your permanent academic record earlier today. Your answer sheet will be retained by Blackstone for 30 days should you have any questions regarding your score.

If you find references listed below, we suggest you go back to these pages and review the material. While you did receive a passing grade, we want to ensure you fully comprehend this subject matter. By reviewing the areas of your lesson indicated below, you can better understand those questions you did not answer correctly. The reference directs you to a page number and section heading where you can find the material needed to review and take your re-test successfully.

Please note: Any references below with an answer of 'O' are questions you did not supply an answer for or for which you marked multiple answers. Skipped questions adversely affect your exam grade. Please try your hardest to answer every question on future exams and please only mark one answer per question. Thank you!

```
EXAM0109A     PARALEGAL EXAM #9                                      100%
              ** No Review Required.  Excellent work! **
```

cc: Student File #08064265

DLS — A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034  
email: info@blackstone.edu  www.blackstone.edu



Exhibit G, p. 10

# Blackstone Career Institute™

PO Box 3717, Allentown, PA 18106-3717

## GRADE REPORT

June 19, 2024

Kristy Felkins  56443-048
F.C.I. Unit A
PO Box 1731
Waseca  MN  56093

Student #:   08064265

Dear Kristy:

The grade(s) indicated below have been entered into your permanent academic record earlier today. Your answer sheet will be retained by Blackstone for 30 days should you have any questions regarding your score.

If you find references listed below, we suggest you go back to these pages and review the material. While you did receive a passing grade, we want to ensure you fully comprehend this subject matter. By reviewing the areas of your lesson indicated below, you can better understand those questions you did not answer correctly. The reference directs you to a page number and section heading where you can find the material needed to review and take your re-test successfully.

Please note: Any references below with an answer of 'O' are questions you did not supply an answer for or for which you marked multiple answers. Skipped questions adversely affect your exam grade. Please try your hardest to answer every question on future exams and please only mark one answer per question. Thank you!

EXAM0107A     PARALEGAL EXAM #7                                                100%
              ** No Review Required.  Excellent work! **

cc: Student File #08064265

DLS — A Direct Learning Systems School

Phone: 610-871-0031 • 800-826-9228 • Fax: 610-871-0034
email: info@blackstone.edu • www.blackstone.edu



Exhibit G, p. 11



Blackstone Career Institute ✉ info@blackstone.edu
☎ 1-800-826-9228

You are logged in as Kristy Felkins (Log out)



Message

Home / Dashboard / Grades / ILAP / User report


Blackstone Career Institute  info@blackstone.edu  1-800-826-9228
Case 2:20-cr-00175-TLN   Document 69-6   Filed 11/27/24   Page 13 of 18
You are logged in as Kristy Felkins (Log out)

| Exam | | | | | |
|---|---|---|---|---|---|
| EXAM0101A: Introduction to Law | 5.56 % | 100.00 | 0–100 | 100.00 % | 5.56 % |
| EXAM0102A: Contracts - Part I | 5.56 % | 100.00 | 0–100 | 100.00 % | 5.56 % |
| EXAM0103A: Contracts - Part II | 5.56 % | 100.00 | 0–100 | 100.00 % | 5.56 % |
| EXAM0104A: Contracts - Part III | 5.56 % | 100.00 | 0–100 | 100.00 % | 5.56 % |
| EXAM0105A: Law of Torts - Part I | 5.56 % | 100.00 | 0–100 | 100.00 % | 5.56 % |
| EXAM0106A: Law of Torts - Part II | 5.56 % | 95.00 | 0–100 | 95.00 % | 5.28 % |
| EXAM0107A: Law of Torts - Part III | 5.56 % | 100.00 | 0–100 | 100.00 % | 5.56 % |
| EXAM0108A: Law of Torts - Part IV | 5.56 % | 95.00 | 0–100 | 95.00 % | 5.28 % |
| EXAM0109A: Criminal Law - Part I | 5.56 % | 100.00 | 0–100 | 100.00 % | 5.56 % |
| EXAM0110A: Criminal Law - Part II | 5.56 % | 90.00 | 0–100 | 90.00 % | 5.00 % |
| EXAM0111A: Real Property - Part I | 5.56 % | 100.00 | 0–100 | 100.00 % | 5.56 % |
| EXAM0112A: Real Property - Part II | 5.56 % | 100.00 | 0–100 | 100.00 % | 5.56 % |
| EXAM0113A: Real Property - Part III | 5.56 % | 95.00 | 0–100 | 95.00 % | 5.28 % |
| EXAM0114A: Real Property - Part IV | 5.56 % | 90.00 | 0–100 | 90.00 % | 5.00 % |
| EXAM0115A: Pleadings in Civil Actions - Part I | 5.56 % | 95.00 | 0–100 | 95.00 % | 5.28 % |
| EXAM0116A: Pleadings in Civil Actions - Part II | 5.56 % | 100.00 | 0–100 | 100.00 % | 5.56 % |
| EXAM0117A: Practice in Civil Actions | 5.56 % | 90.00 | 0–100 | 90.00 % | 5.00 % |
| EXAM0118A: Criminal Procedures | 5.56 % | 85.00 | 0–100 | 85.00 % | 4.72 % |
| EXAM0119A: Wills - Part I | - (Empty) | - | 0–100 | - | - |
| EXAM0120A: Wills - Part II | - (Empty) | - | 0–100 | - | - |

**Exhibit G, p. 13**


Blackstone Career Institute ✉ info@blackstone.edu
☎ 1-800-826-9228
You are logged in as Kristy Felkins (Log out)

Case 2:20-cr-00175-TLN   Document 69-6   Filed 11/27/24   Page 14 of 18

| | | | | | |
|---|---|---|---|---|---|
| | ( Empty ) | | | | |
| 📋 EXAM0122A: Private Corporations - Part I | - ( Empty ) | - | 0–100 | - | - |
| 📋 EXAM0123A: Private Corporations - Part II | - ( Empty ) | - | 0–100 | - | - |
| 📋 EXAM0124A: Law of Partnerships | - ( Empty ) | - | 0–100 | - | - |
| 📋 EXAM0125A: Constitutional Law - Part 1 | - ( Empty ) | - | 0–100 | - | - |
| 📋 EXAM0126A: Constitutional Law - Part II | - ( Empty ) | - | 0–100 | - | - |
| 📋 EXAM0127A: Constitutional Law - Part III | - ( Empty ) | - | 0–100 | - | - |
| 📋 EXAM0128C: Legal Research & Writing - Part I | - ( Empty ) | - | 0–100 | - | - |
| 📋 EXAM0129C: Legal Research & Writing - Part II | - ( Empty ) | - | 0–100 | - | - |
| 📋 EXAM0130C: Employability Skills | - ( Empty ) | - | 0–100 | - | - |
| 📋 EXAM0131A: Ethics for Paralegals | - ( Empty ) | - | 0–100 | - | - |
| x̄ Course total Simple weighted mean of grades. | - | 96.39 | 0–100 | 96.39 % | - |

## IMPORTANT: RETEST POLICY

*Students who pass an exam on their initial (70% or higher), may not attempt a retest. Students who receive 69% or lower on any exam will be eligible for one retest. Blackstone's policy is that any student who passes a retest may not score higher than 70%, no matter what grade they received on the retest. Students who fail to achieve a minimum passing grade (70%) on a retest will receive the higher grade of the two failed exams and the score will be calculated into the final average. No further retesting is available.*

Student Resources

**Exhibit G, p. 14**



**Blackstone Career Institute**

info@blackstone.edu
1-800-826-9228

You are logged in as Kristy Felkins (Log out)

**Online Student Center Guide**

**Student Handbook**

**Library Resources:**

**Digital Public Library of America**

**Digital Commons Network**

© 2024 Blackstone Career Institute. All rights reserved

Get the mobile app

**Exhibit G, p. 15**

**School for Evangelism and Discipleship**
A Division of Global University–ICI

# This is to certify that

## Kristy Felkins

has satisfactorily completed the course

### Your New Life

On this  12th  day of  July , 2024

*Chaplain signature*
DIRECTOR

---

**School for Evangelism and Discipleship**
A Division of Global University–ICI

# This is to certify that

## Kristy Felkins

has satisfactorily completed the course

### The Great Questions of Life

On this  18th  day of  June , 2024

*Chaplain signature*
DIRECTOR

**Exhibit G, p. 16**



# CROSSROADS

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

# Kristy Felkins

HAS SUCCESSFULLY COMPLETED

## WHO IS JESUS?

_Joseph Pryor_
Joseph Pryor
President & CEO, Crossroads

June 20, 2024
Date

**Exhibit G, p. 17**



# CROSSROADS

# CERTIFICATE OF ACHIEVEMENT

THIS CERTIFIES THAT

## Kristy Felkins

HAS SUCCESSFULLY COMPLETED

## WHO ARE YOU?

Joseph Pryor
President & CEO, Crossroads

January 19, 2024
Date

Exhibit G, p. 18