

Carolyn Wiggin
801 I St 3rd Floor
Sacramento, CA 95814

RE: Kristy Felkins

Ms Wiggin,

I am writing at the request and permission of Kristy Felkins regarding the potential for continued mental health treatment when she returns to the community.

Based upon my previous treatment of Ms. Felkins I am confident that I would be able to provide her with therapy services when she returns to the community. Ms. Felkins has always been an open and active participant in therapy and will likely benefit from further therapy following her release.

Ms. Felkins treatment plan would be based upon her needs at the time of release, as identified through a thorough mental health assessment. Based upon her previous treatment it is probable that future counseling would include a focus on healthy communication strategies within her family, maintaining healthy boundaries in her personal relationships, healing from the impact of incarceration, and re-adjusting to being in the community.

I am truly hopeful that she will serve the shortest time possible so that she may return home to her family and resume the therapeutic work she had successfully engaged in prior to her sentencing.


Sincerely,

Jessica Homer, LCSW
NV License 9919-C


(775)455-3636                                        www.apricitycounselingservices.com
jessica@apricitycounselingservices.com     20 N. Ada St./ PO Box 2104
                                                              Fallon, NV 89406

**Exhibit H, p. 1**