## Kristy Felkins – Release Plan

The Social Work Team of the Federal Defender's Office has created a release plan for Ms. Kristy Felkins, outlining resources that will adequately address her needs upon release. The goal of Ms. Felkins' release plan is to present resources identified by the Federal Defender's Office, and Ms. Felkins, that will support Ms. Felkins in the short-term and are sustainable for her long-term success. These resources will help ensure Ms. Felkins' own safety and well-being, as well as the safety of the broader community.

The resources and programming discussed below will address Ms. Felkins' needs and include *housing needs, medical needs, mental health needs, financial resources, and pro-social supports*.

---

### RESOURCES

**HOUSING**

Ms. Felkins will live in her home back in Fallon, Nevada with her husband and two youngest children. Ms. Felkins and her husband Matthew Bushnell bought the house in November 2019 and Ms. Felkins has lived there for 3-4 years with her family before being incarcerated.

Ms. Felkins' family is extremely supportive and her biggest support system. While Ms. Felkins was still incarcerated in Dublin, her husband, Matthew Bushnell, and her children, Emerald Green (19), J.G. (16), G.B. (8), and E.B. (1.5) visited her weekly. Ms. Felkins maintains a close and supportive relationship with her oldest daughter Emerald, and they constantly support and encourage one another. Returning home to her family and to a supportive environment would be the best for Ms. Felkins' well-being and stability.

**____ Gummow Dr**
**Fallon, NV 89406**


**FAMILY MEDICAL HISTORY**

Ms. Felkins was diagnosed with asthma at age 5. She also has high blood pressure and suffers from chronic back pain, dizziness, migraines, and heart palpitations. Her family has a history of

**Exhibit L, p. 1**

serious heart conditions. Her maternal grandfather passed at 42 from heart failure, her mother has a serious heart attack at 45, her youngest sister recently passed at 31 years old from an aortic aneurism, her two aunts have high blood pressure, and her father and paternal grandfather both have high blood pressure. As Ms. Felkins has a family history of serious heart conditions and is now showing symptoms of possible heart conditions developing, it is imperative that she seeks preventative treatment upon release.

*Health Insurance*

Upon release, Ms. Felkins will be added to her husband's, Matthew Bushnell's, health insurance: Anthem Gold Choice – Health and Vision.

**Anthem Blue Cross Blue Shield**

Anthem Gold Health Plan

**MENTAL HEALTH SERVICES**

*Apricity Counseling Services*

Before facing incarceration, Ms. Felkins was receiving counseling from Jessica Homer from Apricity Counseling Services to work through her trauma and PTSD as a result of sexual and physical abuse in her childhood and adult life. Jessica Homer has stated in a letter that she is willing to reinstate Ms. Felkins as a patient upon her release so that she can continue these mental health services and maintain stability in her life.

Apricity Counseling Services is headed by Jessica Homer, a Licensed Clinical Social Worker and an Accelerated Resolution Therapy (ART) Therapist. Ms. Homer's ACT service offers a solution-focused approach towards a path of healing of trauma symptoms, PTSD, phobias, and more. This care is personalized, collaborative, and empowering and will enhance Ms. Felkins' well-being and emotional control.

**Apricity Counseling Services PLLC**

20 N Ada St

**Exhibit L, p. 2**

Fallon, NV 89406

(775) 455-3636

jessica@apricitycounselingservices.com

## FINANCIAL SUPPORT

*Tungsten Engineering Contractors*

Upon release, Ms. Felkins can be provided a job by President and CEO Heather Hellickson at *Tungsten Engineering Contractors*. *Tungsten Engineering Contractors* is a heavy civil construction firm that specializes in mass grading, underground utilities, and paving and excavation in all public, private, and commercial works. Careers at *Tungsten* include project management, trades people, truck drivers, and student internships, and Ms. Hellickson says her company is committed to offering Ms. Felkins a position that is commensurate with her skills and qualifications upon her release.

**Tungsten Engineering Contractors**

Heather Hellickson, President & CEO

299 Viola Way

Washoe Valley, NV 89704

(775) 622-2279

Heather.Hellickson@TungstenNV.com

## PRO-SOCIAL SUPPORTS

As stated above, Ms. Felkins has a strong support system in the form of her family. Her husband, Matthew Bushnell, supports her both emotionally and financially and has been the family's sole provider since her incarceration. Returning home to live with her husband and children will provide a supportive environment that is conducive to Ms. Felkins' long-term recovery and stability in life. Ms. Felkins also has a strong relationship with her husband's family. Christina Bushnell, Matthew's sister, temporarily moved in with Ms. Felkins' family to help with childcare during Ms. Felkins' incarceration. However, due to serious health conditions of both Ms.

**Exhibit L, p. 3**

Bushnell and her mother, Yvonne Bennet, she is unable to continue caring for Ms. Felkins' young children and must move back in with Mrs. Bennet in Antioch, CA. While she cannot continue to assist with childcare, Ms. Bushnell is still committed to support Ms. Felkins and her family. Ms. Felkins also continues to keep in close contact with her grandmother, Karen Jo White, whom she would visit as often as she could. Her grandmother has had close ties to Ms. Felkins since she was a baby and continues to keep in close contact with her during her incarceration. Having such an extensive support network will ensure she stays on the right path upon her release.

Ms. Felkins also has a strong, supportive church and agriculture community. Before being incarcerated, Ms. Felkins offered childcare, homeschooling activities, and meals to her friends and community when they were unable to do those duties. Within her ranching and agriculture community, Ms. Felkins assisted with feeding, providing water to, and moving the livestock when families needed to be away from home. She also helped elderly individuals in her community with errands, chores, and getting to appointments. Her friends and community members also supported her with occasional childcare when needed, taking care of her farm when she was away, and assisting with transportation when there were car troubles. Ms. Felkins consistently contributed to her community in a positive way, and returning to this collaborative and encouraging environment, as well as being backed by her supportive family, will maintain her positive trajectory and strengthen her well-being.

Ms. Felkins will also have the ongoing support of the Social Work Team of the Federal Defender's Office. Through continued support and advocacy for Ms. Felkins, the Social Work Team will provide reentry guidance, support, and appropriate social services coordination, as needed.

*Husband*: **Matthew Bushnell**

Fallon, NV

(775) ___-3956


*Sister-in-Law*: **Christina Bushnell**

Antioch, CA

(530) ___-0812

**Exhibit L, p. 4**

*Grandmother*: **Karen Jo White**

(530) ___-4808

*Daughter*: **Emerald Green**

(919) ___-3062

*Social Worker:* **Deanna Lynn-Steele**

*Social Worker Interns*

Office of the Federal Defender – EDCA

801 I Street

Sacramento, CA 95814

(916) 498-5700

**Exhibit L, p. 5**