HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
KRISTY LYNN FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00175-TLN |
| Plaintiff, | |
| vs. | **SEALING ORDER** |
| KRISTY LYNN FELKINS, | JUDGE: Hon. Troy L. Nunley |
| Defendant-Movant. | |

IT IS HEREBY ORDERED that the Request to Seal Exhibits B and M to Defendant-Movant's Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) be granted so that medical information is not available on the public docket. The Request and its Exhibits B and M are to be provided to the Court and Assistant United States Attorney assigned to the case.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: December 2, 2024

_____
Troy L. Nunley
Chief United States District Judge

Felkins Sealing Order