| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | JUSTIN L. LEE |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00175-TLN |
| Plaintiff, | STIPULATION AND ORDER TO SET BRIEFING SCHEDULE |
| v. | |
| KRISTY LYNN FELKINS, | COURT: Hon. Troy L. Nunley |
| Defendant. | |

**STIPULATION TO SET BRIEFING SCHEDULE**

On November 27, 2024, the defendant filed a Motion to Reduce Sentence under 18 U.S.C. § 3582(c)(1)(A)(i). ECF 69. By this stipulation, the parties jointly request that the Court set the following briefing schedule:

1. The United States's response shall be filed by December 20, 2024.

2. The defendant's reply shall be filed by January 9, 2025.

IT IS SO STIPULATED.

///

///

///

///

///

STIPULATED REQUEST FOR BRIEFING SCHEDULE      1

| | |
|---|---|
| Dated: November 27, 2024 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ JUSTIN L. LEE<br>JUSTIN L. LEE<br>Assistant United States Attorney |
| Dated: November 27, 2024 | /s/ CAROLYN M. WIGGINS<br>CAROLYN M. WIGGINS<br>Counsel for Defendant<br>Kristin Lynn Felkins |

# ORDER

Based on the request of the parties, the Court adopts the following briefing schedule. The United States shall file its response to the defendant's motion by December 20, 2024. The defendant shall file any reply by January 9, 2025.

IT IS SO ORDERED this 2nd day of December, 2024.

_____
Troy L. Nunley
Chief United States District Judge