| | |
|---|---|
| **From:** | Matt Bushnell |
| **To:** | Carolyn Wiggin |
| **Subject:** | Fw: Employment Verification |
| **Date:** | Tuesday, March 11, 2025 4:39:16 PM |

You don't often get email from mattbushnell87@yahoo.com. Learn why this is important

**EXTERNAL SENDER**

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "Heather Hellickson" <Heather.Hellickson@tungstennv.com>
**To:** "mattbushnell87@yahoo.com" <mattbushnell87@yahoo.com>
**Sent:** Sun, Mar 9, 2025 at 7:06 PM
**Subject:** Employment Verification

To Whom It May Concern,

This letter serves to verify that Matthew Bushnell is currently employed by Tungsten Engineering Contractors in the position of Truck Driver and Union Operator. Mr. Bushnell plays an essential role in our operations, with primary responsibilities including transporting critical equipment between various job sites and collaborating directly with our field crews on numerous out-of-town projects.

Given the specialized nature of our industry, Mr. Bushnell's work schedule regularly involves unconventional and fluctuating hours. Many of our project sites are situated at least two hours from our main location, resulting in extensive travel requirements. It is common for Mr. Bushnell to depart early in the afternoon or late evening to ensure timely arrivals, often staying overnight or multiple days on location depending on project duration. For example, recent projects have included extensive overnight work on highway construction projects and infrastructure installations in remote rural areas.

Furthermore, our operations are frequently scheduled during nighttime hours specifically to capitalize on lower traffic volumes. This practice substantially enhances the safety of our operations by minimizing risks associated with heavy daytime traffic, reducing disruptions to the public, and ensuring a more controlled working environment for our crews. Typical examples include bridge repairs, highway expansions, and urgent infrastructure maintenance activities that must be completed swiftly and efficiently during low-traffic periods.

If you require additional information or clarification regarding Mr. Bushnell's employment or schedule, please feel free to contact me directly.

Sincerely,

**Exhibit A, p. 1**

**HEATHER** HELLICKSON
PRESIDENT & CEO



T: (775) 360-6056   M: (775) 622-2279
TUNGSTEN ENGINEERING CONTRACTORS
299 Viola Way, Suite 100, Washoe Valley, NV 89704
NV License No. 83556 | CA License No. 1133473
https://smex-ctp.trendmicro.com:443/wis/clicktime/v1/query?url=www.TungstenNV.com&umid=e8e22668-5f25-407b-ae81-4797bada752f&auth=4c13a8eb8816953c02b02599c881676174c26b4b-08e7585b59f1ec47dda85c8aded3fdf8894b2e22

**Exhibit A, p. 2**