Matthew Bushnell
1285 Gummow Dr.
Fallon, NV. 89406

March 3, 2025

Honorable Troy L. Nunley
United States District Court Judge
501 I Street
Sacramento, CA 95814

Dear Honorable Judge Nunley,

I am writing to you with a heartfelt request for reconsideration of my wife, Kristy's situation. Kristy is currently serving her sentence in Minnesota, which makes it financially impossible to visit her. Since her incarceration, my family has been struggling emotionally, mentally, and financially. The absence of my wife has taken a profound toll on our family.

I am the sole provider for our family, and I work long, irregular hours, including weekends and travel. My work schedule is unpredictable, and I have a 3-hour round-trip daily commute. Due to these factors, I am unable to find a daycare that fits my schedule. Daycare services in our area cost between $18 and $25 per hour, which is financially unsustainable for us. Missing a day of work creates significant financial strain, and my family is at risk of falling further behind.

Here is a breakdown of our essential monthly bills, which total approximately $6,800:

- Southwest Gas: $377.47

- Garbage (3 months): $75.00

- Sunloan: $230.00

- NV Energy: $400.00

- Car Payment: $451.63

- Mortgage: $2,843.90

- Les Schwab: $150.00

- Internet: $99.00

- Car Insurance: $92.16

**Exhibit B, p. 1**

- Gas (for work): $450.00 - $500.00

- Food (weekly, $300): $1,200.00 - $1,350.00

The stress of maintaining these financial obligations while managing my household has become overwhelming. We live paycheck to paycheck and sometimes are forced to borrow money to stay afloat. The financial burden is compounded by my inability to find a more stable job that would provide the flexibility and income necessary to meet these expenses.

In addition to managing the household, I also face the responsibility of supporting my sister, Christina, who moved here to help our family and is in poor health. She suffers from chronic back pain and other medical conditions that require constant care, including frequent doctor visits. Without Kristy at home to assist, I am forced to shoulder all responsibilities, caring for the household and supporting Christina. This has taken a severe toll on my mental and emotional health.

If Kristy were granted compassionate release and placed on house arrest, our family would greatly benefit. It would allow her to care for our family and ease the physical, emotional, and financial strain on me. Kristy's presence at home would restore the emotional stability we are so desperately in need of.

I sincerely hope you will consider these circumstances and grant Kristy the opportunity to serve the remainder of her sentence on house arrest. It would help bring our family back together and allow us to begin healing from the hardships we've endured in her absence.

Thank you for your time and consideration.

Sincerely,

Matthew Bushnell

**Exhibit B, p. 2**





Exhibit B, p. 4

$ Ways to Save    ⚠ Outages    ? Help



# Make a Payment

Step 2: Payment Details

## Payment Amount

◉ Total Amount Due                    $ 377.47

**Exhibit B, p. 5**

Skills: CPR   First Aid

**See Serena's profile**

---



**Emily D.**
Fallon, NV
$20-25/hr • 4 yrs exp

**Nurturing Childcare**

As a dedicated caregiver with a passion for nurturing young minds, I bring a warm and engaging approach to child care. My care includes creating a safe and stimulating environment where children can learn,...
show more

**Emily can also help with:** *Carpooling, meal prep, craft assistance, grocery shopping, swimming supervision, light cleaning & more*

**Exhibit B, p. 6**

Center" to access.

# A Special Message For You

📞 **855-447-6038**

**GET MY CASH OPTIONS**

## DASHBOARD

### Your Payment of

# $2,757.62

was due on Mar 1, 2025 (2 days past due)

Autopay: ⓘ   Off

Enroll in Autopay

Next Scheduled Payment

**Exhibit B, p. 7**

that's right for you.



**Auto** ▇▇▇▇23

November 20, 2024 – May 20, 2025

2011 CHEVROLET SUBURBAN C2500/K2500

## Next payment

Your payment of $92.96 is due on March 20, 2025. Since you're enrolled in Automatic Payments, we'll go ahead and submit this payment to your card ending in 1010 for you.

Go to Billing and Payments  >

**Exhibit B, p. 8**