Christina Bushnell

1285 Gummow Dr

Fallon, Nevada 89406

RE: Kristy Felkins #56443-048

March 16, 2025

Honorable Troy L. Nunley

United States District Court

Eastern District of California

Sacramento, Ca 95814

Dear Judge Nunley,

I'd like to begin by thanking you for considering the matter before you. I realize, as does Kristy, that you could have dismissed the matter without hesitation, but you've given me the opportunity to supply you with more information about my condition and I am very grateful to you for doing so.

Your Honor, this is my situation in a nutshell. I suffer from severe Endometriosis. It is made severe due to the numerous abdominal surgeries that I have had over the years, 4 in total. I had a Roux-en-Y gastric bypass at 18 due to being 340 lbs. This rerouted my intestines and created a dormant stomach pouch. I have had 2 surgeries to remove problematic scar tissue since. Unfortunately, the Endometriosis has attached itself to my ovaries, and intestines. There is also a large cyst/tumor on 1 ovary for which I undergo ultrasounds periodically. The endometriosis has become debilitatingly painful, and impacts my everyday living, which greatly influences George and Edwards daily lives as well. Menstruation and constipation exacerbate this pain to the point where I am incapacitated by pain for as long as the menstruation cycles last. Normal menstruation happens once a month with manageable pain/discomfort. As my endometriosis has progressed, I now menstruate 2-3 times a month, resulting in basically menstruating for the majority of the month. This alone is draining and taxing on my body. The pain is so bad I must use 2-3 heating pads just to ease the discomfort. One on my back, one on my lower stomach and at times one between my legs, because…well…there just isn't anywhere this pain doesn't reach. I also rely on pain meds to help manage my discomfort. On the days when I am not suffering due to extreme menstruation or constipation, I am simply tolerating a lesser amount of pain. In short, I am never relieved of pain completely. An attempt to stop my menstruation was tried, but my body rejected it. What does this look like on the day to day? There are days when I must call my brother, Matthew Bushnell, and ask him to leave work and come take care of the boys. This adds to financial stress and creates job tension for him. There have been times when George, 9 years old, was late to school or late being picked up, or has all together had to miss days due to my incapacitation. Cooking family meals, grocery shopping, maintaining a home, providing healthy learning activities and properly supervising fun play times for Edward (2 years old), is just something that is getting harder and harder for me to do. I must admit, there are days when I just can't do any of it. Shamefully, during these episodes, that last several days at a time, I am not a great caregiver…giving direction from a reclined position in the front room is not ideal when caring for a 2 year old and 9 year old. I struggle not to break down and cry, but sometimes it is just impossible, and I break down crying in front of these young boys. I also suffer from "CRPS" disease, also known as Complex Regional Pain Syndrome. CRIPS disease affects my feet and legs. Regrettably these two conditions render me in immense pain daily, from the waist down.

**Exhibit D, p. 1**

Regarding Endometriosis, the surgeon who was to perform my surgery (please see original Doctor's letters where surgery was discussed) has now backed away from my very complicated case, as another year of bypass scar tissue and Endometriosis attachment has resulted. While we attempt to locate another surgeon willing to take my case, my gynecologist wants me to undergo "physical therapy for chronic pelvic pain" 3 times per week, as she states that without surgery it will only get worse from here, and something must be done. It has already become unmanageable, so I am left with only this option. This is through Kaiser Permanente, which is not located in Nevada. I need to return to California where my medical care is available. Currently I am unable to obtain medical relief in my present situation.

Your Honor, I simply cannot imagine what my day-to-day life will look like if I go much longer with no medical intervention. My doctor states that because of the progression of my condition, it may no longer be possible for me to have children. This news is devastating, and I need to seek mental health care to learn healthy coping skills as I begin to accept it.

In closing, given the personal information which I have provided regarding my conditions and attested to by Dr. Sadighi's 2 letters, and with the knowledge that in the absence of their mother, I am the primary caregiver, I would like to ask one last time, for any mercy that you as the judge, might afford Kristy Felkins, her family, and myself. Your Honor, we would all be grateful for her return even if you choose that she should be on an ankle monitor for the rest of her sentence, performing community service, attending counseling, or anything else you deem necessary. I am sorry, I don't really know what might be at your disposal. She was very compliant with law enforcement and court dates during the 2 years before sentencing occurred and her continued cooperation would be dependable for whatever the court mandates. If it helps, she has been an exceptional incarcerated individual. She has been taking college classes which she intends to continue when released. She is kind to the ladies around her, many who come to her when overwhelmed. I hope that there would be something about her that would justify her release in your mind, as I can only imagine that such is important to you as a judge.

Your Honor, sincerely, thank you once again for taking the time to understand my situation and for your thoughtful consideration of this matter.

Best Regards,

Christina Bushnell

**Exhibit D, p. 2**