# Waseca Walkers
# Certificate of Completion
## 100 HOURS

awarded to

## Felkins

in recognition of
your dedication, hard work, and achievement

J. Stadler, Wellness Coordinator

10/27/2024
Date

**Exhibit F, p. 1**

