Kristy Felkins
1000 University Dr., SW
Waseca, MN 56093

March 25, 2025

The Honorable Troy L. Nunley
United States District Court Judge
501 I Street
Sacramento, CA 95814

Dear Honorable Judge Nunley,

   I am writing you today to express my deep remorse and sadness for the consequences my choices have caused. I am sincerely sorry for the pain I have inflicted on the victim, my family, my community, and everyone affected by my actions. I want to take this opportunity to thank you for the time I spent in prison. Over the past 18 months, I have learned invaluable lessons about the significance of my role within my family and community. I now fully understand how my actions both good and bad impact the lives of others.
   During this time, I have worked to build my knowledge and my ability to guide not only myself but also others through trials and

Exhibit 1, p. 1

Pg 1

hardships in healthy and constructive ways. I have learned how to set and maintain healthy, honest boundaries, and I plan to continue my education in theology and counseling upon my release. My goal is to eventually obtain my Ph.D. so that I can continue to grow and help others. I have applied the lessons I learned during my pre-trial counseling sessions, which have assisted me in growing emotionally and spiritually, as well as developing the tools to maintain strong and positive relationships within the prison system.

The support I have received from my husband, children, and other family members has helped me recognize my importance and role within the family. I now see myself not just as a mother and homemaker, but as an individual with a valuable place in the world. The outpouring of love from my family has made me realize how much I am needed. My potential within my community is clearer to me now than ever before, and my desire to help others burns stronger than it ever has.

I am deeply grateful for the time I have had to learn from people with different backgrounds and personalities. This experiance has provided me with a new perspective that I am eager to

Exhibit I, p. 2

Pg 2

carry into my future, where I hope to make a difference in the lives of others. Above all, I am thankful for the opportunity to truly get to know God, reflect on who I want to become, and focus on what is genuinely important to me.

Faith, family, and my future now drive me. I understand this may look different for everyone, but my prayer is to help guide others in finding their own faith and family to bring them hope for a brighter, more joyful future.

I have come to understand the importance of reaching out for help. Had I known about the support available to me years ago, I do not believe my mental state would have deteriorated to the point it did. I now realize that sometimes all we need to do is ask for help, and I want to assist others in finding that support, so they do not have to endure the mental anguish and consequences that often follow from making poor decisions in moments of distress.

Although this experience has not been easy, and my family continues to suffer daily from the impact of my absence, I choose to focus on the positive growth I have

**Exhibit I, p. 3**

Pg 3

achieved. The strength my family has gained from this experience is something for which I am immensely grateful. However, I am also acutely aware of the ongoing challenges, particularly with my young children facing serious caregiving issues and my sister in-law's rapidly declining physical and mental health. The prison system has many flaws, and I have experienced and witnessed some of the abuses we are meant to be protected from. Still, I want to emphasize the positive transformations I have made and the growth I am determined to continue pursuing.

With this in mind, I humbly ask for mercy. In theology, mercy is an unwarranted act of favor, something not earned but gifted through the loving kindness that our Lord shows to those who repent. This is what I am asking for now. I understand that my sentence was just for the crime I committed, but the mercy I seek is for the well-being of my family, my children and my sister-in-law, whose health and mental state are in serious jeopardy. I know I cannot earn this mercy, but if granted, I will dedicate the rest of my life repaying society for my wrongdoing.

I understand that this is a difficult decision, and I regret placing more burden on your shoulders. I truly appreciate the time you are taking to reconsider this situation and review the new evidence. Your understanding and compassion during this time means far beyond what words can express to me. Thank you for your consideration.

Sincerely,

*Kristy Felkins*

Kristy Felkins