Dear Honorable Judge
Troy L. Nunley,

It's been over a year since our friend and neighbor went to prison.

Kristy Felkins is our daughter's Horse riding instructor, Kristy also is our mentor in not only horses but Chickens, goats and sheep. Kristy's absence has been very hard on our family and her's.

Kristy Felkins would be better back in Fallon, Nevada with her family and frinds than in Prison.

I'm 73 years old and Kristy was great help teaching our two Children how to Show and care for all our farm animals, and live the farm life.

Thank you
Mary Olshefski

Mary Olshefski

Dear Honorable Judge Troy L. Nunley

Kristy Felkins has been a invaluable guide and mentor to me in my horse riding journey, Particularly in practicing barrels.

Her absence due to incarceration has made finding a new trainer challenging, as none compare to her exceptional kindness, expertise and understanding.

I deeply miss her and long to have her back to assist me in overcoming my current struggles with my barrel riding

Thank you
Carabel Olshefski

HIS INSPIRATIONS
Christian Books & Gifts
200 S. Maine St, Suite B
Fallon NV  89406
775-423-0622

July 22, 2024

Honorable Troy L. Nunley
United States District Court Judge
501 I Street
Sacramento CA  95814

Dear Honorable Judge Nunley,

I am writing to address a matter of an individual under your jurisdiction, Ms. Kristy Felkins.  I am the owner of His Inspirations Christian Books & Gifts, we are a small, hometown Christian book and gift shop located in Fallon, Nevada.

I have offered my support to Ms. Felkins upon her release from prison as a potential employee.  I have known her for over five years and believe in the genuine, heartfelt change that has happened in her life.  I am a big believer in giving people opportunity in those circumstances.

If she were to be released, I would be happy to consider her for a position that suits her qualifications to facilitate her back into society.

If you have any further questions please feel free to contact me.  Thank you for your attention and consideration in this matter.

Sincerely,

Bonnie L. Williams, Owner
His Inspirations Christian Books & Gifts

**Exhibit J, p. 3**



299 VIOLA WAY, SUITE 100 | WASHOE VALLEY | NEVADA | 89704

June 14, 2024

Honorable Troy L. Nunley
United States District Court Judge
501 I Street
Sacramento CA 95814

Dear Honorable Troy L. Nunley,

I hope this letter finds you well. I am writing to bring to your attention a matter of significant importance regarding an individual under your jurisdiction, Ms. Kristy Felkins. As the President & CEO of Tungsten Engineering Contractors, I wish to provide insights into the professional opportunity that awaits Ms. Felkins upon her release from prison.

While Ms. Felkins has not previously been employed by Tungsten Engineering Contractors, we are keenly interested in offering her a chance for future employment with our company. Despite the circumstances that led to her incarceration, we firmly believe in Ms. Felkins' potential for rehabilitation and reintegration into society.

Our company is dedicated to providing individuals like Ms. Felkins with a supportive environment wherein they can rebuild their lives and contribute positively to our organization. We recognize the importance of second chances and are committed to offering meaningful employment opportunities to those who demonstrate a genuine desire to turn their lives around.

At Tungsten Engineering Contractors, we value diversity, inclusion, and the principles of fairness and redemption. We are prepared to offer Ms. Felkins a position commensurate with her skills and qualifications as soon as she is released from prison. Our company is committed to providing her with the necessary support and resources to facilitate a smooth transition back into the workforce.

In conclusion, I respectfully request your consideration of Ms. Kristy Felkins case and ask for any assistance or guidance you may provide to facilitate her successful reintegration into society. Should you require any further information or clarification, please do not hesitate to contact me directly.

**Exhibit J, p. 4**

Thank you for your attention to this matter.

Sincerely,

Heather Hellickson, President & CEO
Tungsten Engineering Contractors
(775) 622-2279
Heather.Hellickson@TungstenNV.com

**Exhibit J, p. 5**