8-26-24

Dear Honorable Judge Nunley,

My name is Kristen Hiltunen. I am 39 years old and I am currently incarcerated at FCI Waseca. I am writing to you on behalf of my friend Kristy Felkins. I have known Kristy since October of 2023, where we met at Dublin FCI. In that amount of time, I would say that my life has been truly blessed by having her be a part of it. Kristy is by far the most caring & compassionate person I have met in a very long time. Her good nature and genuine heart really shine through any time I am around her. She has made my life richer & fuller in ways I never though possible at this point in my life. She has a way of bringing out the best in people without even trying to do so. Her light brightens my days & I am now, & forever will be, grateful to her for that.

During the time Kristy has been incarcerated, she has spent her time trying to not only better herself, but also the lives of others. She has worked as a tutor in the Education Department helping inmates to earn their GED since the time of her incarceration. Her incredible patience & persistence have been unwavering every step of the

**Exhibit K, p. 1**

way in these women's education. In addition to the many hours she puts in for her job, she is also enrolled in several college correspondance programs in which will help to further her career possibilities once she is released. She continually takes on new learning opportunities as they arise in which to better herself.

Kristy is the type of person that no matter what, God always comes first, and then her family, followed closely by her friends. She has actually made me feel as though I am family, and while I can't speak for others, I would say most of her friends probably feel the same way. She has also enriched my faith in the time I have known her; her love for God is infectious in every way and you can feel it just being around her.

Kristy's love for her family is beyond what words can describe. Everything that she does is for them. Being as though she cannot be with her children in person currently, she does all she can to make them feel her love from so far away. She is constantly working on a project for all of her children which include things such as blankets & slippers, which she crotcheted, cross-stitching projects, & writing

**Exhibit K, p. 2**

children's books for her youngest boys. How she finds the time to make all this happen is incredible!

Society would greatly benefit in having Kristy be a part of it again. She has so much to give in so many different ways. I truly believe that Kristy deserves a chance to be free and rejoin society again.

Thank you for your time.

Sincerely,
Kristen Hiltunen

8/30/24

TO Honorable Judge Nunley

With all respect I am writting this letter in behalf of Kristy Felkins.
Dear Honorable Judge Nunley
My name is Juanita Hernandez I am an inmate at FCI Waseca serving a 48 month sentence.
I met Kristy Felkins in Dec. 2023 while incarcerated at FCI Dublin and now we are roomates at FCI Waseca. During this time I have known Kristy to be a very respectful, strong, kind hearted woman and loving mother. Kristy has always helped new inmates when they first come in, she has always offered her full support.
Kristy has dedicated her time in prison to helping others while working as a tutor in the GED education department, Kristy always motivates students not to give up and to reach for their goals to better themselves. Kristy spends her spare time tutoring inmates that need the extra help and support.
I admire Kristy's hard work and dedicating on bettering herself doing online college

Exhibit K, p. 4

courses by mail correspondence as well as bible studies.

Even with all the work load she has on her, Kristy finds the time to make special things for her kids, Kristy is currently writting a book for her children while also doing special crouchet projects like blankets and small animals.

I see Kristy Felkins as an amazing role model to alot of women here at FCI waseca and I feel I was blessed to have met Kristy. My hope is that you would consider relief for Kristy and her family.

Thank you for your time
with respect

Juanita Hernandez
76203-112

Hujrah Wahhaj
No. 00415-151
P.O. Box 1731
Waseca, MN 56093

September 3, 2024

Honorable Judge Nunley
Re: Character Reference
Kristy Felkins

Your Honorable Judge Nunley:

It gives me great pleasure to write this character reference for my friend Kristy Felkins.

I met Mrs. Felkins in May 2024 here at Waseca where we instantly bonded over our mutual passion for helping the youth find their fullest potential.

As a teacher Mrs. Felkins is articulate, intelligent, and understanding.

As a tutor she is patient and encouraging.

As a mentor she is hopeful and inspiring.

As a friend she is compassionate and supportive.

**Exhibit K, p. 6**

Mrs. Felkins's deep desire to serve others and help in any capacity she can is apparent in her day to day living here at Waseca.

Whether she's volunteering her time with her students for additional tutoring, offering comfort and support for those struggling, advising her peers how to advocate for themselves, or encouraging her fellow inmates, Kristy is driven to make an impact and help others find meaning in their incarceration.

Kristy immediately jumps in where she sees a need as in the case of Q.U.E.E.N, an Adult Continuing Education class presented to Waseca.

Mrs. Felkins volunteered to help facilitate the class, build the curriculum, and present it to staff to get it approved.

She also is prepared to turn the class into an FSA approved evidence based course available at all FBOP locations throughout the country.

Mrs. Felkins has an insatiable love for reading and learning. She carries her books around and grabs any opportunity to work on her papers, her classes, and her personal, professional, and spiritual goals.

Kristy expresses deep remorse for her choices and is especially diligent with her self care and mental well being to make sure she never regresses back to the mental space that led her into this quagmire in the first place.

Mrs. Felkins has a great support system who's eagerly awaiting her return.

She has aspirations to help counsel people, especially those who struggle with her same challenges, and is the perfect candidate to impact adults in the justice system positively and effectively.

Working alongside Mrs. Felkins as a GED tutor/teacher I watch Kristy empower her students to think, speak, and carry themselves better, while always reminding them they have the power to choose better in each circumstance.

If given the opportunity I'm certain Kristy would be a great asset to her community. I am honored to be her friend.

Sincerely,

Hujrah Wahhy

**Exhibit K, p. 8**