HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
KRISTY LYNN FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>KRISTY LYNN FELKINS,<br><br>  Defendant-Movant. | Case No. 2:20-cr-00175-TLN<br><br>**NOTICE OF REQUEST FOR SEALING EXHIBITC TO DEFENDANT-MOVANT KRISTY LYNN FELKINS'S SECOND MOTION FOR COMPASSIONATE RELEASE UNDER  18 U.S.C. § 3582(c)(1)(A)** |

NOTICE IS HEREBY GIVEN that Defendant-Movant KRISTY LYNN FELKINS, by and through her attorney, Carolyn M. Wiggin, Assistant Federal Defender, hereby requests an order permitting counsel to file Exhibit C to Defendant-Movant's Second Motion for Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i), under seal.  Exhibit C contains medical information regarding Ms. Bushnell that is not for public record.

The sealing is requested pursuant to Eastern District Local Rule 141 and Federal Rule of Criminal Procedure 57(a)(1).  The Court has inherent power to seal documents.  *See United States v. Gurolla*, 333 F.3d 944 (9th Cir. 2003) (recognizing authority to accept submissions under seal); *see also United States v. Hickey*, 185 F.3d 1064 (9th Cir. 1999); *United States v. Hardwell*, 80 F.3d 1471, 1483-84 (10th Cir. 1996).

Exhibit C and the Request to seal that exhibit has been submitted to the Court and the government by e-mail pursuant to Local Rule 141(b). The Court may file this notice in the public record.

DATED: April 3, 2025

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Carolyn M. Wiggin*
CAROLYN M. WIGGIN
Assistant Federal Defender

Attorneys for Defendant-Movant
KRISTY LYNN FELKINS