HEATHER E. WILLIAMS, #122664
Federal Defender
CAROLYN M. WIGGIN, Bar #182732
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant-Movant
KRISTY LYNN FELKINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:20-cr-00175-TLN |
| Plaintiff, | ) |
| | ) **SEALING ORDER** |
| vs. | ) |
| | ) JUDGE:  Hon. Troy L. Nunley |
| KRISTY LYNN FELKINS, | ) |
| Defendant-Movant. | ) |
| | ) |

IT IS HEREBY ORDERED that the Request to Seal Exhibit C to Defendant-Movant's Second Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) be granted so that medical information is not available on the public docket.  The Request and its Exhibit C are to be provided to the Court and Assistant United States Attorney assigned to the case.

These documents shall remain under seal until further Order of the Court.

**IT IS SO ORDERED.**

DATED: April 4, 2025

_____
Troy L. Nunley
Chief United States District Judge

Felkins:  Proposed Sealing Order